# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-cv-0840

FIBER, LLC, a Wyoming limited liability company,

    Plaintiff,

v.

CIENA CORPORATION, a Delaware corporation, and
CIENA COMMUNICATIONS, INC., a Delaware corporation,

    Defendants.

## PLAINTIFF FIBER, LLC'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Fiber, LLC ("Plaintiff") makes the following disclosure:

Plaintiff states that it is not a subsidiary of any parent corporation and no publicly-held corporation owns 10% or more of its stock.

Date: April 2, 2013.

    Respectfully submitted,

    LATHROP & GAGE LLP

    *s/ George G. Matava*
    George G. Matava
    Aaron P. Bradford
    Alexander C. Clayden
    950 17th Street, Suite 2400
    Denver, Colorado  80202
    Telephone:  (720) 931-3200
    Fax:  (720) 931-3201
    E-mail:  gmatava@lathropgage.com
        abradford@lathropgage.com
        aclayden@lathropgage.com
    *Attorneys for Plaintiff Fiber, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 2, 2013, I electronically filed the foregoing **PLAINTIFF FIBER, LLC'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system.

                *s/ George G. Matava*
                George G. Matava

20104277v1