IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00840-PAB-KLM

FIBER, LLC, a Wyoming limited liability company,

    Plaintiff,

v.

CIENA COMMUNICATIONS, INC., a Delaware corporation, and
CIENA CORPORATION, a Delaware corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to the Order of Reference [Docket No. 10] issued by Judge Philip A. Brimmer on April 3, 2013.

    IT IS HEREBY **ORDERED** that a Preliminary Scheduling Conference pursuant to Fed. R. Civ. P. 16(a) (the "Rule 16(a) Conference") will be held before Magistrate Judge Mix on **June 11, 2013** at **11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Counsel for the parties must appear in person or by telephone.  Any attorney who wishes to appear by telephone must file a motion seeking permission to do so no later than five (5) Court business days before the Rule 16(a) conference.  Counsel should be prepared to discuss case management and scheduling as well as preparation of a proposed Scheduling Order in a Patent Case at the Rule 16(a) Conference.  The form of a proposed Scheduling Order in a Patent Case is attached for reference, **but need not be completed prior to the Rule 16(a) conference.**

    Dated:  April 3, 2013