**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

**Civil Action No. 13-cv-00840-PAB- KLM**      **FTR** - Reporter Deck - Courtroom C-204
                                                Byron G. Rogers United States
                                                Courthouse
**Date:  June 11, 2013**                        Courtroom Deputy, Nick Richards

---

FIBER, LLC,                                     Aaron Bradford
                                                Alexander Clayden
                                                George Matava

   **Plaintiff,**

v.

CIENA CORPORATION, et al,                       Leslie Prill
                                                Mary Sooter

   **Defendants.**

---

### COURTROOM   MINUTES / MINUTE  ORDER
**HEARING: SCHEDULING CONFERENCE- PATENT CASE
Court in Session: 11:06 a.m.**
Court calls case.  Appearance of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Joinder of Parties: **SEPTEMBER 16, 2013.**

Deadline for Plaintiff to disclose Infringement Claim Chart: **SEPTEMBER 30, 2013.**

Deadline for Defendant to disclose Response to Infringement Claim Chart:

**OCTOBER 30, 2013.**

Deadline for Defendant's Prior Art Statement: **NOVEMBER 20, 2013.**

Deadline for Plaintiff's Response to Prior Art Statement: **DECEMBER 11, 2013.**

Deadline for Parties to exchange terms to be construed: **JANUARY 20, 2014.**

Deadline for filing of joint claim construction statement, including statements of the intended impact on the parties' proposed constructions on the merits of the case:

**JANUARY 20, 2014.**

Month of technology tutorial with District Judge and Magistrate Judge:

Deadline for filing of Plaintiff's opening brief regarding claim construction:

**FEBRUARY 17, 2014.**

Deadline for filing of Defendant's response brief regarding claim construction:

**MARCH 17, 2014.**

Deadline for filing of Plaintiff's reply brief regarding claim construction: **APRIL 7, 2014.**

Month of Claim construction hearing with District Judge and estimated time necessary for hearing: **MAY, 2014- full day setting.**

Deadline to amend pleadings regarding willful infringement or inequitable conduct and deadline to amend infringement/non-infringement contentions and prior art statements: Sixty (60) days from the Court's Markman ruling.

Fact Discovery deadline: Sixty (60) days from the Court's Markman ruling.

Disclosure of affirmative experts: On or before ninety (90) days from the date of the Court's Markman ruling.

Disclosure of rebuttal experts: On or before one-hundred-twenty (120) days from the date of the Court's Markman ruling.

Expert Discovery deadline: One-hundred-fifty (150) days from the date of the Court's Markman ruling.

Dispositive Motion deadline: One-hundred-eighty (180) days from the date of the Court's Markman ruling.

Each side shall be limited to ten (10) depositions, absent further leave of court.

Parties side be limited to twenty-five (25) interrogatories, twenty-five (25) requests for

production, and twenty-five (25) requests for admissions per side, absent further leave

of Court.

**FINAL  PRETRIAL CONFERENCE** is set for November 3, 2014 at 9:30 a.m. before Magistrate Judge Kristen L. Mix. Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission.) In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL:**   A **Trial Preparation Conference and Trial** will be set at a future date for The Honorable Philip A. Brimmer.
The parties anticipate a ten (10) day Trial to a Jury.

- Scheduling Order is signed and entered with interlineations on June 11, 2013.

HEARING CONCLUDED.
**Court in recess: 11:26 a.m.**
Total time in Court: 00:20

To obtain a transcript of this hearing,  please  contact  Avery  Woods  Reporting at (303) 825-6119.