## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:  13-cv-0840

FIBER, LLC, a Wyoming limited liability company,

      Plaintiff,

v.

CIENA CORPORATION, a Delaware corporation, and
CIENA COMMUNICATIONS, INC., a Delaware corporation,

      Defendants.

---

### JOINT MOTION TO MODIFY SECTION 9(d)(1) OF SCHEDULING ORDER

---

Plaintiff Fiber, LLC and defendants Ciena Corporation and Ciena Communications, Inc., through their respective counsel, jointly submit this motion to modify section 9(d)(1) of the Scheduling Order entered by the Court on June 11, 2013 [Docket No. 22], stating as follows:

1.    On June 11, 2013, the Court entered the Scheduling Order for this case. Section 9(d)(1) of the Scheduling Order provides that the parties will file a proposed Stipulated Protective Order on or before June 18, 2013.

2.    The parties have exchanged a draft stipulated protective order, and are conferring with respect to the provisions thereof.  Defendants have proposed a heightened level of confidentiality designation and a patent prosecution bar for inclusion in the protective order.

3.     The parties require additional time to confer with respect to the terms proposed by defendants.  The parties believe that a period of ten (10) days from June 18, 2013 through June 28, 2013 will be adequate to complete the conferral process with respect to the submission of a stipulated protective order.

WHEREFORE, for the foregoing reasons, the parties jointly request that the Court enter an order modifying section 9(d)(1) the Scheduling Order [Docket No. 22] so as to permit the parties to submit a proposed stipulated protective order (or separate versions thereof if necessary) on or before June 28, 2013.

Date:  June 17, 2013.

Respectfully submitted,

LATHROP & GAGE LLP

FAEGRE BAKER DANIELS LLP

s/ Alexander C. Clayden
George G. Matava
Aaron P. Bradford
Alexander C. Clayden
950 17th Street, Suite 2400
Denver, CO  80202
Telephone:  720.931.3200
Facsimile:  720.931.3201
Email:    gmatava@lathropgage.com
          abradford@lathropgage.com
          aclayden@lathropgage.com
**Attorneys for Plaintiff Fiber, LLC**

s/ Leslie B. Prill
Mary ("Mindy") V. Sooter
Natalie Hanlon-Leh
Leslie B. Prill
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
Telephone:   303.825.8400
Facsimile:   303.825.6525
Email:   mindy.sooter@faegrebd.com
          natalie.hanlonleh@faegrebd.com
          leslie.prill@faegrebd.com
**Attorneys for Defendants Ciena
Corporation and Ciena
Communications, Inc.**