IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00840-PAB-KLM

FIBER, LLC, a Wyoming limited liability company,

    Plaintiff,

v.

CIENA COMMUNICATIONS, INC., a Delaware corporation, and
CIENA CORPORATION, a Delaware corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Section 9(d)(1) of Scheduling Order** [Docket No. 23; Filed June 17, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Section 9(d)(1) of the Scheduling Order [#22] is amended to state: "The parties will file a proposed Stipulated Protective Order (or separate versions thereof if necessary) on or before June 28, 2013."

    Dated:  June 18, 2013