**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  13-cv-00840-PAB-KLM

FIBER, LLC, a Wyoming limited liability company,

      Plaintiff,

v.

CIENA CORPORATION, a Delaware corporation, and
CIENA COMMUNICATIONS, INC., a Delaware corporation,

      Defendants.

---

**SECOND JOINT MOTION TO AMEND SECTION 9(d)(1) OF SCHEDULING ORDER**

---

      Plaintiff Fiber, LLC ("Fiber") and defendants Ciena Corporation and Ciena Communications, Inc. (collectively, "Ciena"), through their respective counsel, jointly submit this motion to amend section 9(d)(1) of the Scheduling Order entered by the Court on June 11, 2013 [Docket No. 22] and amended by the Court on June 18, 2013 [Docket No. 25],  stating as follows:

      1.      On June 18, 2013, the Court granted the parties' Joint Motion to Modify Section 9(d)(1) of the Scheduling Order for this case, thereby extending the deadline for the parties to file a proposed Stipulated Protective Order (or separate versions thereof if necessary) on or before June 28, 2013.  [Docket No. 25].

      2.      Since June 18, 2013, the parties have continued to confer with respect to the provisions of a stipulated protective order.  In particular, the parties have discussed

and are continuing to discuss the provisions of the protective order with respect to a heightened level of confidentiality designation and a patent prosecution bar.

3.      On June 4 and June 7, 2013, a third party that supplies certain component parts used in certain of the accused products at issue in this lawsuit, JDS Uniphase Corporation ("JDSU"), filed Petitions for inter partes review ("IPR") of the '332 and '917 patents at issue in this lawsuit.

4.      In light of JDSU's Petitions for IPR, Ciena intends to move the Court to stay this litigation pending resolution of such Petitions.

5.      The parties are in the process of conferring with respect to Ciena's intention to seek a stay.  Fiber is considering whether it will join in or oppose such a request.

6.      If the parties jointly seek a stay pending resolution of the Petitions for IPR (or if Ciena unilaterally requests the same) and the Court grants such a stay, then discovery will not occur according to the Scheduling Order.  In that event, the entry of a stipulated protective order will be unnecessary until such time as the stay is lifted.

7.      In order to avoid unnecessary litigation costs and to promote judicial economy, the parties agree that conferral regarding Ciena's proposed stay should be completed before the parties request entry of a stipulated protective order (or separate, competing versions thereof) by the Court.

8.      Taking account of client availability, upcoming federal and firm holidays, and pre-scheduled travel for depositions in other pending matters, the parties believe

that they can complete conferral regarding Ciena's proposed stay and regarding the provisions of a proposed protective order by July 16, 2013.

9.      Accordingly, the parties request that the Court further extend the deadline to submit a proposed stipulated protective order (or separate versions thereof if necessary) to and including July 16, 2013.

WHEREFORE, for the foregoing reasons, the parties jointly request that the Court enter an order amending section 9(d)(1) the Scheduling Order [Docket No. 22] so as to permit the parties to submit a proposed stipulated protective order (or separate versions thereof if necessary) on or before July 16, 2013.

Date:  June 28, 2013.

Respectfully submitted,

LATHROP & GAGE LLP                      FAEGRE BAKER DANIELS LLP


s/ Alexander C. Clayden                 s/ Leslie B. Prill
George G. Matava                        Mary ("Mindy") V. Sooter
Aaron P. Bradford                       Natalie Hanlon-Leh
Alexander C. Clayden                    Leslie B. Prill
950 17th Street, Suite 2400             3200 Wells Fargo Center
Denver, CO  80202                       1700 Lincoln Street
Telephone:  720.931.3200                Denver, CO 80203
Facsimile:  720.931.3201                Telephone:   303.825.8400
Email:    gmatava@lathropgage.com       Facsimile:   303.825.6525
          abradford@lathropgage.com     Email:   mindy.sooter@faegrebd.com
          aclayden@lathropgage.com               natalie.hanlonleh@faegrebd.com
**Attorneys for Plaintiff Fiber, LLC**           leslie.prill@faegrebd.com
                                        **Attorneys for Defendants Ciena**
                                        **Corporation and Ciena**
                                        **Communications, Inc.**