# EXHIBIT B

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| *In re* U.S. Patent No. 6,430,332 | |
| Issued: | August 6, 2002 |
| Filed: | May 12, 1999 |
| Inventors: | Laor, Herzel, et. al. |
| Assignee: | Fiber, LLC |
| Title: | Optical Switching Apparatus |

**Mail Stop PATENT BOARD, PTAB**

Commissioner for Patents

P.O. Box 1450

Alexandria, VA 22313-1450

### REQUEST FOR *INTER PARTES REVIEW OF U.S. PATENT NO. 6,430,332* UNDER 37 C.F.R. §42.100

In accordance with 35 U.S.C § 311 and 37 C.F.R. § 42.100 et seq., the

undersigned, on behalf of JDS Uniphase Corporation ("JDSU" or "Petitioner"),

hereby submits this petition for *Inter Partes* Review ("IPR") for claims of U.S.

Patent No. 6,430,332 ("the '332 Patent") (Exhibit ("Ex.") JDS – 1001).

LIST OF EXHIBITS...............................................................................3

I.  MANDATORY NOTICES UNDER 37 C.F.R. § 42.8(A)(1).....................4

A.  REAL PARTY-IN-INTEREST UNDER 37 C.F.R. § 42.8(B)(1).................4

B.  RELATED MATTERS UNDER 37 C.F.R. § 42.8(B)(2)...............................4

C.  LEAD AND BACK-UP COUNSEL UNDER 37 C.F.R. § 42.8(B)(3) ..........4

D.  PAYMENT OF FEES UNDER 37 C.F.R. § 42.103 ......................................5

II.  REQUIREMENTS FOR *INTER PARTES* REVIEW ...................................5

A.  GROUNDS FOR STANDING UNDER 37 C.F.R. § 42.104(A)...................5

B.  IDENTIFICATION OF CHALLENGE UNDER 37 C.F.R. § 42.104(B)
AND RELIEF REQUESTED ........................................................................6

III. SUMMARY OF THE '332 PATENT............................................................12

A.  DESCRIPTION OF THE ALLEGED INVENTION OF THE'332
PATENT ......................................................................................................12

B.  SUMMARY OF THE PROSECUTION HISTORY OF THE '332
PATENT ......................................................................................................13

C.  LEVEL OF A PERSON HAVING ORDINARY SKILL IN THE ART ...16

IV. DETAILED EXPLANATION UNDER 37 C.F.R.  § 42.104(B) .................16

A.  STATEMENT POINTING OUT EACH SHOWING OF A
REASONABLE LIKELIHOOD THAT THE PETITIONER WILL
PREVAIL WITH RESPECT TO AT LEAST ONE OF THE
CHALLENGED CLAIMS........................................................................16

B.  IDENTIFICATION OF SPECIFIC PORTIONS OF EVIDENCE TO
SUPPORT THE PETITION UNDER 37 C.F.R. §42.104(B) ..................25

V.  CONCLUSION.............................................................................................62

CERTIFICATE OF SERVICE ON PATENT OWNER UNDER 37 C.F.R.
§42.105(A)...................................................................................................63

## LIST OF EXHIBITS

| Exhibit  # | Description |
|---|---|
| JDSU-1001 | United States Patent No. 6,430,332 |
| JDSU-1002 | File History of United States Patent No. 6,430,332 |
| JDSU-1003 | File History of United States Provisional Application No. 60/088,239. |
| JDSU-1004 | ("Young") United States Patent No. US 5,903,687 |
| JDSU-1005 | ("Buchin") United States Patent No. US 5,748,812 |
| JDSU-1006 | ("Chande") United States Patent No. US 4,838,631 |
| JDSU-1007 | ("Hurst") United States Patent No. US 6,798,729 |
| JDSU-1008 | ("Kittrell") United States Patent No. US 5,290,275 |

## I.      MANDATORY NOTICES UNDER 37 C.F.R. § 42.8(a)(1)

As set forth below and pursuant to 37 C.F.R. §42.8(a)(1), Petitioner provides the following mandatory notices as part of this Petition.

### A.      Real Party-In-Interest Under 37 C.F.R. § 42.8(b)(1)

JDS Uniphase Corporation is the real party-in-interest.

### B.      Related Matters Under 37 C.F.R. § 42.8(b)(2)

The following matters may affect or be affected by a decision in this proceeding:

*Fiber, LLC v. Ciena Corporation et al.*, U.S. District Court, District of Colorado, Case. No. 13-cv-0840, which is ongoing.

*Fiber, LLC v. Ciena Corporation* et al., U.S. District Court, District of Colorado, Case. No.  12-cv-01914, which was dismissed without reaching a final judgment on the issue of validity based on prior art; and

*Fiber, LLC v. NEC Corporation and NEC Corporation of America*, U.S. District Court, District of Colorado, Case. No. 12-cv-01346, which is ongoing.

### C.      Lead and Back-up Counsel Under 37 C.F.R. § 42.8(b)(3)

Pursuant to 37 C.F.R. §§42.8(b)(3) and 42.10(a), Petitioner provides the following designation of counsel:

| Lead Counsel | Back-Up Counsel |
| --- | --- |
| Kimberley G. Nobles (Reg. No. 38,255) K&L Gates LLP | John Teresinski (Reg. No. 59,621) K&L Gates LLP |

| 1 Park Plaza, Twelfth Floor | 1601 K Street, N.W. |
|---|---|
| Irvine, CA 92614 | Washington DC 20006 |
| Telephone No.: (949) 253-9000 | Telephone No.: (202) 778-9342 |
| Facsimile No.: (202) 253-0902 | Facsimile No.: (202) 778-9100 |
| Kim.Nobles@klgates.com | John.Teresinski@klgates.com |

Service of any documents via hand-delivery may be made at the postal

mailing address of the respective lead or back-up counsel designated above.

Petitioner consents to electronic service by email at: **Kim.Nobles@klgates.com**.

### D.     Payment of Fees Under 37 C.F.R. § 42.103

The undersigned authorizes the Office to charge Deposit Account No. 50-

3207 for the fees set forth in 37 C.F.R.§ 42.15(a) for this Petition for *Inter Partes*

Review, the post-issuance fee and fees for additional claims.  The undersigned

further authorizes payment for any additional fees that might be due in connection

with this petition to be charged to the above-referenced Deposit Account.

## II.     REQUIREMENTS FOR *INTER PARTES* REVIEW

As set forth below and pursuant to 37 C.F.R. §42.104, each requirement for

the IPR of the '332 Patent is satisfied.

### A.     Grounds for Standing Under 37 C.F.R. § 42.104(a)

Petitioner certifies that the '332 Patent is available for IPR and that the

Petitioner is not barred or estopped from requesting IPR challenging the claims of

the '332 patent on the grounds identified herein.  Petitioner certifies that: (1)

Petitioner is not the owner of the '332 patent; (2) Petitioner has not filed civil

action challenging the validity of any claim of the '332 Patent; (3) this Petition is

filed <u>less</u> than one year after the date on which the Petition, the Petitioner's real

party-in-interest, or privy of the Petitioner was served with a complaint alleging

infringement of the '332 Patent; and (4) the estoppel provisions of 35 U.S.C. §

315(e)(1) do <u>not</u> prohibit this IPR.

### B.    Identification of Challenge Under 37 C.F.R. § 42.104(b) and Relief Requested

In view of the Prior art, evidence and claims set forth below the precise

relief requested by Petitioner is that IPR be granted for claims 101, 112, 123-128,

129/123, 129/127, 129/128, 130/123, 130/127, 130/128, 131/123, 131/127,

131/128, 132/131/123, 132/131/127, 132/131/128, 133/131/123, 133/131/127,

133/131/128 and 134/123 of the '332 Patent ("the contested claims") and that the

same claims are unpatentable and should be cancelled.

### 1.    Applicable Priority Date for Claims of the '332 Patent

Claims of the '332 patent are not entitled to the priority date of Prov. App.

No. 60/088,239, filed on June 5, 1998 (JDSU-1003) because limitations of claims

101, 112, and 123 are not sufficiently described in the disclosure of the provisional

application. See M.P.E.P. §2163(II)(A)(3)(b).

The Patent Owner claims, "radiation emitters for use in providing a feedback

signal regarding the current orientation of the controlled mirror or the current

location of the optical beam to the control" in claim 101,  "a servo control element

for use in providing a feedback signal regarding the current orientation of the

controlled mirror or the current location of the optical beam to the control" in

claim 112,  and "at least one data gathering and transmission element to provide an

indication regarding the current orientation of the controlled beam directing device

or the current location of the optical beam to the control for adjusting at least one

of the beam directing devices" in claim 123, but failed to disclose these elements in

the Provisional Application. "When an explicit limitation in a claim 'is not present

in the written description whose benefit is sought it must be shown that a person of

ordinary skill would have understood, at the time the patent application was filed,

that the description requires that limitation.'" MPEP §2163(II)(A)(3)(b) (quoting

Hyatt v. Boone, 146 F.3d 1348, 1353, (Fed. Cir. 1998)). The test "is whether the

disclosure of the application relied upon reasonably conveys to those skilled in the

art that the inventor had possession of the claimed subject matter as of the filing

date." Id. at 1351.  When a patentee argues that its claims are entitled to the

priority date of an earlier filed application, the [Board] must undertake a priority

analysis to determine is the patentee meets the requirements of 120." In re NTP,

654 F.3d 1268,1277 (Fed. Cir. 2011).

In this case, the Provisional Application fails to disclose radiation emitters, a

servo control element, or any element for use in providing a feedback signal

regarding the current orientation of the controlled mirror or the current location of

the optical beam to the control.  The Provisional Application also fails to disclose a

data gathering and transmission element or any element to provide an indication

regarding the current orientation of the controlled beam directing device or the

current location of the optical beam to the control for adjusting at least one of the

beam directing devices.  See JDSU-1003.  The Provisional Application fails to

reasonably convey to those skilled in the art that inventors possessed the recited

elements of claims 1, 27, and 53 and their respective dependent claims.  Thus,

priority to the provisional filing date cannot be claimed, and claims of the '332

patent, are not entitled to the June 5, 1998 priority date.

### 2.     The Specific Art and Statutory Ground(s) on Which the Challenge is Based Under 37 C.F.R. § 42.104(b)(2).

IPR of the '332 Patent is requested in view of the following prior art

references:

| Patent. No. | Priority Date | Date of Issuance or Publication | Exhibit | Prior Art Under[1] |
|---|---|---|---|---|
| US 5,903,687 ("Young") | May 12, 1997 | May 11, 1999 | JDSU-1004 | 35 U.S.C. § 102(e) |

[1] The identified prior art date is based on applicable prior art date discussed above

in section II(A)(1).  Each of the listed references would still be prior art at least

under 35 U.S.C. 102(e) using the provisional application priority date.

| | | | | |
|---|---|---|---|---|
| US 5,748,812 ("Buchin") | Dec. 9, 1994 | May 5, 1998 | JDSU-1005 | 35 U.S.C. § 102(b) |
| US 4,838,631 ("Chande") | Dec. 22, 1986 | June 13, 1989 | JDSU-1006 | 35 U.S.C. § 102(b) |
| US 6,798,729 ("Hurst") | Mar. 24, 1997 | Sept. 28, 2004 | JDSU-1007 | 35 U.S.C. § 102(e) |
| US 5,290,275 ("Kittrell") | March 22, 1985 | Mar. 1, 1994 | JDSU-1008 | 35 U.S.C. § 102(b) |

None of the references relied upon were cited during the original prosecution of the '332 Patent.  Each of the references identified above provide new, noncumulative disclosures regarding the allegedly novel limitations of the '332 Patent.  Petitioner asserts the following specific grounds of rejection under 35 U.S.C. § 103:

| Ground No. | Proposed Statutory Rejections for the '332 Patent |
|---|---|
| 1 | Claims 101, 112, 123, 124, 127, 128, 129/123, 129/127, 129/128, 130/123, 130/127, 130/128, 131/123, 131/127, 131/128, 132/131/123, 132/131/127, 132/131/128 and 134/123 are obvious under § 103(a) over Young in view of Buchin. |
| 2 | Claims 112, 123, 124, 127, 128, 129/123, 129/127, 129/128, 130/123, 130/127, 130/128, 131/123, 131/127, 131/128, |

|   | |
|---|---|
|   | 132/131/123, 132/131/127, 132/131/128, 133/131/123, 133/131/127, 133/131/128 and 134/123 are obvious under § 103(a) over Chande in view of Buchin. |
| 3 | Claims 101, 112, 123-128, 129/123, 129/127, 129/128, 131/123, 131/127, 131/128, 132/131/123, 132/131/127, 132/131/128, 133/131/123, 133/131/127, 133/131/128 and 134/123 are obvious under § 103(a) over Young in view of Hurst. |
| 4 | Claims 101, 112, 123, 124, 127, 128, 129/123, 129/127, 129/128, 131/123, 131/127, 131/128, 132/131/123, 132/131/127, 132/131/128, 133/131/123, 133/131/127, 133/131/128 and 134/123 are obvious under § 103(a) over Young in view of Kittrell. |

### 3.    How the Challenged Claims Are to be Construed Under 37 C.F.R. § 42.104(b)(3)

A claim subject to IPR receives the "broadest reasonable construction in light of the specification of the patent in which it appears." 37 C.F.R. § 42.100(b). Petitioner submits, for the purposes of this IPR only, that the claim terms are presumed to take on their broadest reasonable ordinary and customary meaning that the term would have to a person of ordinary skill in the art in light of the

specification of the '332 patent. [2]

### 4.    How the Construed Claims Are Unpatentable Under 37 C.F.R. § 42.104(b)(4)

An explanation of how the contested claims of the '332 Patent are

unpatentable under the statutory grounds identified above, including the

identification of where each element of the claims is found in prior art patents or

printed publications, is provided in Section IV, below, in the form of claim charts.

### 5.    Supporting Evidence Under 37 C.F.R. § 42.104(b)(5)

The exhibit numbers of the supporting evidence relied upon to support the

challenges and the relevance of the evidence to the challenges raised, including

indentifying specific portions of the evidence that support the challenges, are

provided in Section IV below, in the form of claim charts.  Exhibits JDSU-1001 -

---

[2] District Courts employ different standards of proof and approaches to claim

interpretation that are not applied by the USPTO for *Inter Partes* Review.

Accordingly, any interpretation or construction of the challenged claims in this

Petition, either implicitly or explicitly, should not be viewed as constituting, in

whole or in part, Petitioner's own interpretation or construction, except as regards

the broadest reasonable construction of the claims presented.  Petitioner reserves

the right to seek different constructions of these claim terms in a different forum.

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

JDSU-1008, as identified above, are also attached.

## III.    SUMMARY OF THE '332 PATENT

### A.    Description of the Alleged Invention of the'332 Patent

The '332 Patent relates to an optical switching apparatus for transmitting an optical beam from a source to a optical receptor.  See Ex. JDSU-1001, claims 101, 112 and 123.  Each of independent claims 101, 112 and 123 of the '332 Patent requires a plurality of first movable mirrors, a control for transmission of an optical beam from a source to a selected optical receptor, and an element to provide feedback for a controlled mirror.  See Id.

Independent claim 101 of the '332 Patent recites radiation emitters for use in providing a feedback signal regarding the current orientation of a controlled mirror **or** the current location of the optical beam to control.  Independent claim 112 of the '332 Patent recites a radiation emitters for use in providing a feedback signal regarding the current orientation of a controlled mirror **or** the current location of the optical beam to control.  Independent claim 123 of the '332 Patent recites data gathering and transmission elements for use in providing a feedback signal regarding the current orientation of a controlled mirror **or** the current location of the optical beam to control.

Copies of the '332 patent and its file history are provided as JDSU-1001 and JDSU-1002, respectively.

**B.**      **Summary of the Prosecution History of the '332 Patent**

The '332 Patent was filed on May 12, 1999, and as-filed, the application

included 10 initial claims.  See Exhibit JDSU-1002, '332 File History.  The as-

filed application claimed the benefit of Prov. App. No. 60/088,239 filed June 5,

1998.  The file history for provisional application no. 60/088,239 is provided in

exhibit JDSU-1003.

On Sept. 15 2000, the USPTO mailed a Non-final Office Action rejecting

claims 1, 2 and 4-10 of the originally filed application. See JDSU-1002, at page 65.

Claim 3 was objected to as being dependent on a rejected base claim but would be

allowable if written in independent form.  The Office Action stated the following

reasons for allowance:

> Optical beam switching system, in which radiation emitters are
> disposed adjacent to each movable mirror to provide feedback signal
> to the control for adjusting the position of the movable mirrors in
> order to minimize transmission loss of the optical beam has not been
> disclosed in any prior art[sic].

See JDSU-1002, at page 73.

On February 20, 2001, Applicant responded by adding claims 11-146.  In the

response, Applicant stated that each of the new claims relates to an optical switch

with components for collection of data (through radiation emitters, servo-control

units or data collection units) to be used for controlled redirection of a beam using

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

beam directing devices. See JDSU-1002, at page 98.

On February 22, 2001, Applicant filed a supplemental amendment to include amended drawings for Figs. 4 and 5. See JDSU-1002, at page 170.

On March 13, 2001, the USPTO issued an interview summary for an interview conducted on March 7, 2001 with Applicant, the interview summary indicating that the Examiner agreed with the Applicant prior art cited in the previous Office Action did not disclose a focusing lens.  See JDSU-1002, at page 170.

On Jun 13, 2001, the USPTO issued a non-final rejection of claims 1, 2, 4-15, 17, 31, 33, 47-111, 113 and 123-146. See JDSU-1002, at page 176. Claims 3, 6, 18-30, 32, 34-36, 112 and 114-122 were indicated as including allowable subject matter identified in the by the Examiner in the previous Office Action.  The Office Action included several rejections including rejection of claims 1, 2, 4-6, 11-15, 17, 31, 33, 47-50, 54-66, 70-82, 86-98, 102-111, 113, 123-126, 130-138, and 142-146 under 103 over Broussaud (US 4,365,863) in view of Laor (US 5,524,153). See JDSU-1002, at page 176.

On August 15, 2001, Applicant responded with amendments to the claims, including cancellation of claims 3, 10-14, 18, 34, 50, 66, 82, 98, 114, 126 and 138. See JDSU-1002, at page 194.  The impendent claims were rewritten to include the subject matter of allowable claim 3.  See Id. at page 216.  In the response,

Applicant characterized the claims and amendments as follows:

> Each of the claims as presented includes subject matter relating to the
> use of feedback signals regarding the <u>current angular orientation</u> of a
> controlled mirror or <u>current location of the optical beam</u> to fine tune
> the positioning of a <u>movable mirror</u>.  Additionally, independent
> claims 47,63,79,95,123 and 135 include subject matter related to the
> switch configuration that involves spatial separation of the
> intermediate optical paths from the input and/or output paths.

See JDSU-1002, at page 215.

Applicant submitted a supplement Amendment on October 15, 2001 including a

corrected version of the marked up claims. See JDSU-1002, at page at 236.

On January 15, 2002, the USPTO issued an Office Action indicating claims

159-232 as allowable and requiring cancellation of pending claims 11-158 and

233-287 in order for the application to be allowed.  See JDSU-1002 at 263.

The USPTO issued a notice of allowance on February 27, 2006 providing

the following reasons for allowance:

> The claims recite an optical switch including movable mirror, optical
> receptors, a control element, a data gathering and transmitting servo
> control radiation emitters for use in providing a feedback signal
> regarding a current position of the mirror or the optical beam for fine
> tuning the mirror position where intermediate (mirror-to-mirror)
> pathways are spatially separated from input (source-to-mirror) and
> output (mirror-to-receptor) pathways, which had not been taught in

prior arts.

See JDSU-1002, at page 264.

On March 11, 2002, the USPTO issued a Supplemental Notice of Allowance including an Examiner's Amendment to independent claim 15 to delete remnants of a dependent claim imported into the independent claim. See JDSU-1002, at page 271. The '332 Patent issued on Aug. 22, 2002.

### C.    Level of a Person Having Ordinary Skill in the Art

The level of ordinary skill in the art is evidenced by the references. *See In re GPAC Inc.*, 57 F.3d 1573, 1579 (Fed. Cir. 1995). A person having ordinary skill in the art at the time of the '332 Patent would have several years of experience working in the design or manufacturing side of the optical switch industry. Such a person would typically have a B.S. in physics, electrical engineering or related engineering discipline or equivalent experience. The person would also have some knowledge of optical waveguides and routing optical sources.

## IV.    DETAILED EXPLANATION UNDER 37 C.F.R. § 42.104(b)

### A.    Statement Pointing Out Each Showing of a Reasonable Likelihood that the Petitioner will Prevail with Respect to at Least One of the Challenged Claims

Optical switches were prevalent well before the earliest priority date of the '332 Patent (i.e., May 12, 1999). This petition cites several prior art patent references that describe in detail optical switching systems that disclose each and

every limitation of independent claims 101, 112 and 123 of the '332 Patent.  To the

extent the key features that resulted in allowance of claims 101, 112 and 123 of the

'332 Patent involved radiation emitters, a servo control element, or a data

gathering and transmitting element for use in providing a feedback signal regarding

the current orientation of the controlled mirror or the current location of the optical

beam to the control, those concepts are described in numerous prior art optical

switching patents discussed below.

The prior art references identified in section IV.B below disclose each and

every limitation of claims 101, 112  and 123 of the '332 Patent, including the

purportedly novel concepts discussed above.  Therefore, there is a Reasonable

Likelihood that Petitioner will Prevail ("RLP") with respect to at least one of the

claims challenged in this Petition.

**RLP 1. <u>Young and Buchin</u>**:  The combination of Young and Buchin

discloses each and every limitation of the claims identified in section II.B.2 and as

shown below in section IV.B.RLP1.  Rejection of these claims under § 103(a) as

being obvious in view of the combination of Young and Buchin is requested.

Young discloses optical switching of light for multiple input and output

ports.  See JDSU-1004 at Col. 3:60-67, Figs. 1, 7 and 10.  Fig. 10 of Young

(reproduced in part below) shows sources 105-1 to 105-M, movable mirrors 120-1

to 120-M, movable mirrors 11-1 to 11-N, output ports 15-1 to 15-N, controlled

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

actuators 125 to selectively displace mirrors and provide input/output beam port

connectivity.  See JDSU-1004 at Col. 6:19-36; 756-67, Fig. 10.



Buchin discloses an optical switch using a galvanometer motor and control

of mirror position using feedback.  See JDSU-1005 at Col. 5:55-67; 6:37-52.

Regarding the radiation emitters for use in providing a feedback signal, recited in

claim 101 of the '332 patent, Buchin discloses feedback signal 166 to provide

information on the angle of rotation of galvanometer motor 112 and mirror 110 to

galvanometer driver 114.  See Id. at Col. 8:60-65.  Buchin also discloses splitter

150 extracting light to be provided to sensor 162, which outputs electrical signal

164 to galvanometer deriver 114 representing the intensity of light on sensor 162.

See Id. at Col. 12:44-62.  With respect to a servo control element and a data

gathering and feedback element recited in claims 112 and 123, respectively, of the

'332 patent, Buchin discloses the galvanometer motor 112 and closed-loop

feedback system described above. See Id. at Col. 8:60-65.

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

To the extent that Young does not disclose a data gathering and transmitting element, it would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include the feedback elements as taught by Buchin into Young to provide a closed loop alignment feedback system for directing a laser beam to one of a plurality of optical fibers for the purpose of optimizing output path alignment of an outgoing laser beam.

Both Young and Buchin are analogous art to the '332 Patent because both references are within the same field of endeavor (i.e. optical switching).  In addition, both Young and Buchin are directed to coupling laser light to one of a plurality of receptors.  A person having ordinary skill in the art would have been motivated to include feedback elements of Buchin into Young for the benefit of ensuring that an output laser is optimally aligned to prevent signal-to-noise degradation.  See Id. at Col. 15:50-54.  Further, the addition of alignment of a laser as taught by Buchin into Young would be a use of a known technique to improve a similar device in the same way, and wherein operation of the combination of known devices would have been predictable.  As such, the prior art elements could be combined using known methods to yield predictable results.

**RLP 2. <u>Chande and Buchin</u>**:  The combination of Chande and Buchin discloses each and every limitation of claims identified in section II.B.2 and as shown below in section IV.B.RLP2.  Rejection of these claims under § 103(a) as

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

being obvious in view of the combination of Chande and Buchin is requested.

Chande discloses directing a light beam into a plurality of optical fibers to direct the light beam to one of a plurality of workstations. See JDSU-1006 at Col. 5:36-40 and 8:39-63. Chande discloses galvanometers 326 and 330 that each provide an analog position signal (e.g. feedback) on their respective outputs 420 and 422, to the galvanometer driver 408, the driver providing a position signal on an output 424 which indicates when each galvanometer is oriented to the position corresponding to the desired position address. Id. at Col. 9:25-29.



With respect to the servo control element and the data gathering and feedback element recited in claims 112 and 123, respectively, of the '332 Patent, Chande discloses a digital computer 332 for controlling the respective positions of

galvanometer shafts 324 and 328, mirrors 306 and 310 respectively affixed thereto, and providing output to the galvanometers - the galvanometers to provide feedback for control to a desired position.  See Id. at Col. 9:2-9; 14:21-31.

While the figures of Chande show a system with one laser source, Chande discloses that different optical beams (e.g., lasers) having different power levels, may be needed for different purposes, for example, one type of laser may be necessary for welding or drilling, while a different type of laser may be needed for marking applications. See Id. at Col. 5: 36-45; 6:11-20.

Buchin discloses an optical switch system including lens 108 to focus input light beam 116 from an input port 104 onto a movable mirror 110, the mirror 110 switching the input light beam to one of a plurality of output ports 180, 182.  See JDSU-1005 at Col. 15:29-54 and Fig. 8.  Buchin, as shown in FIG. 7, also discloses a configuration for projecting a plurality of sources to a galvanometer controlled mirror 110 and directing one of the sources to an output 225.  See JDSU-1005 at Col. 13:53-62.

To the extent that Chande does not disclose multiple sources in a single system, it would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include the configuration of a plurality of sources as taught by Buchin into Chande to provide the capability of providing more than one type of laser to any of the workstations of Chande.

Both Chande and Buchin are analogous art to the '332 Patent because both references are within the same field of endeavor (i.e. optical switching). In addition, both Chande and Buchin are directed to coupling laser light to receptors with rotational reflective elements. A person having ordinary skill in the art would have been motivated to include switching of multiple sources as taught by Buchin into Chande because the inclusion of additional sources would have been use of a known technique to improve a similar device, the combination would have been predictable, and the combination could be accomplished using known methods to yield predictable results.

**RLP 3. <u>Young and Hurst</u>**:  The combination of Young and Hurst discloses each and every limitation of claims identified in section II.B.2 and as shown below in section IV.B.RLP3. Rejection of these claims under § 103(a) as being obvious in view of the combination of Young and Hurst is requested.

As discussed above, Young discloses optical switching of light for multiple input and output ports. JDSU-1004 at Col. 3:60-67, Figs. 1, 7 and 10. Hurst discloses course and fine alignment of an outgoing laser beam and a closed loop alignment feedback system for directing a laser beam to one of a plurality of optical fibers 102 using a movable mirror 314, and measuring amplitude of reflected laser beam 192 to provide fine alignment signals. See JDSU-1007 at Col. 10:1-9; 19:53-20:9. Regarding radiation emitters for use in providing a feedback

signal, a servo control element, and a data gathering and feedback element, as recited in claims 101, 112, and 123 of the '332 Patent, respectively, Hurst discloses beam splitter 232 to route a reflected beam to a differential detector, determining the angular position of mirror 314 by electric potential applied to motor 321, and obtaining alignment signals using a look-up table of pre-calibrated values by measuring an amplitude of beam 192 - the alignment signals applied as a feedback loop.  See Id. at Col.10:3-17; 18:52-58; 20:1-8.

To the extent that Young does not disclose a data gathering and transmitting element, it would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include a closed loop alignment feedback system for directing a laser beam to one of a plurality of optical fibers as taught by Hurst into Young for the purpose of finely positioning the output light within the output path. See Id. at Col. 19:63-20:1.

Both Young and Hurst are analogous art to the '332 Patent and within the same field of endeavor (i.e. optical switching).  In addition, both Young and Hurst are directed to coupling laser light to one of a plurality of receptors.  A person having ordinary skill in the art would have been motivated to combine Young and Hurst for the benefit of ensuring that an output laser is optimally aligned to prevent signal-to-noise degradation.  Further, including alignment of a laser as taught by Hurst into Young would be a use of a known technique to improve a similar device

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

in the same way, and the combination would have been predictable and accomplished using known methods to yield predictable results.

**RLP 4. Young and Kittrell**:  The combination of Young and Kittrell discloses each and every limitation of claims identified in section II.B.2 and as shown below in section IV.B.RLP4.  Rejection of these claims under § 103(a) as being obvious in view of the combination of Young and Kittrell is requested.

As discussed above, Young discloses optical switching of light for multiple input and output ports.  See JDSU-1004 at Col. 3:6-0-67, Figs. 1, 7 and 10. Kittrell discloses a fiber selector system including movable mirror 48 and lens 41 to focus laser 92 onto and optical fibers 20 using a continuous monitoring feedback system to position the mirror with respect to the optical fibers 20. See JDSU-1008 at Col. 17:60-18:2, 18:35-60 and Fig. 20.  Regarding radiation emitters for use in providing a feedback signal, a servo control element, and a data gathering and feedback element, Kittrell discloses photodiode 45 mounted near input ends of fibers to detect scattered light and provide continuous monitoring for corrections in position of the mirror 48, the signal of the photodiode coupled to the computer to control motor operation.  See Id. at Col. 17:60-18:9.

To the extent that Young does not disclose a data gathering and transmitting element, it would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include alignment feedback as taught by Kittrell into

Young to finely position output light within the output path.  Both Young and

Kittrell are analogous art to the '332 Patent because both references discuss fiber

selection and routing, and both are directed to coupling laser light to one of a

plurality of receptors.  A person having ordinary skill in the art would have been

motivated to combine Young and Kittrell as claimed for the benefit of ensuring

that an output laser is optimally aligned with the output fibers for maximum power

transmission.  See JDSU-1008 at Col. 18:8-9.  Further, the addition of alignment of

a laser as taught by Kittrell into Young would be a use of a known technique to

improve a similar device in the same way operation of the combination of known

devices would have been predictable.  As such, combining the prior art elements

could be accomplished using known methods to yield predictable results.

### B.      Identification of Specific Portions of Evidence to Support the Petition Under 37 C.F.R. §42.104(b)

Petitioner presents a detailed explanation of the proper interpretation of

claims of the '332 patent for which IPR is requested, and the prior art in claim

chart format for ease of review.  Included in the claim charts are exemplary

citations of the prior art references.  These citations are exemplary only, and not

intended to be a complete list of potentially relevant prior art teachings.  To the

extent Patent Owner contends certain concepts are missing from the prior art,

Petitioner reserves the right to identify portions of prior art reference, in addition to

the citations below, to provide a full context for the patentability analysis.

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

**RLP 1.     Young in view of Buchin Renders Claims of the '332 Patent Obvious Under 35 U.S.C. § 103(a)**

As shown in the charts below, Young in view of Buchin provides sufficient

information to establish that Petitioner has a reasonable likelihood of prevailing

with respect to claims of the '332 Patent identified in the following chart

| Claim 101 | Young (Ex. JDSU-1004) in view of Buchin (Ex. JDSU-1005) |
|---|---|
| 101. An optical beam switching system for transmitting an optical beam from any one of a plurality of sources to any one of a plurality of optical receptors comprising: | Young discloses an M input port by N output port optical switching system. (Young at Col. 7:56-67). |
| a plurality of first movable mirrors mounted across a first area of free space from the sources and across a second area of free space from the optical receptors for directing said optical beam from at least one source to a selected one of the optical receptors; | Young discloses an MxN optical switch, as shown in FIG. 10 by cascading the optical switch of Fig. 7 and the optical switch of Fig. 1 including displaceable mirrors.  (Young at Col. 7:56-67).

Figs. 7 and 10 of Young show mirrors 120-1 to 120-M separate and mounted across a free space from sources 105-1 to 105-M, wherein a selected one of a plurality of light beams applied along a plurality of input light paths is controllably directed to a single light path.  (Young at Col. 6:19-36, Figs. 7 and 10).

Figs. 1 and 10 of Young show mirrors 11-1 to 11-N and output ports 15-1 to 15-N, wherein a beam may be controllably directed into a selected output port.  (Young at Col. 3:60-67, Figs. 1 and 10). |
| a control for transmission of the optical beam from the source to a selected optical receptor by means of controlling a | Young discloses a set of controlled actuators 125 to selectively displace mirror 120 and mirrors 11 to provide input/output beam port connectivity. (Young at Col. 7:56-67). |

| | |
|---|---|
| controlled mirror, by causing one of the first movable mirrors to direct the optical beam to a selected optical receptor; and | Young discloses physical displacement of mirrors as rotational or pivotable. (Young at Col. 4:30-58). |
| radiation emitters for use in providing a feedback signal regarding the current orientation of the controlled mirror or the current location of the optical beam to the control, in either case for the purpose of adjusting the position of the relevant controlled mirror to minimize transmission loss of the optical beam to the optical receptor by fine tuning said orientation of said relevant controlled mirror based on said feedback signal. | Young discloses a plurality of individually controlled elements. (Young at Col. 4:38-45).<br><br>Buchin discloses course and fine alignment of an outgoing laser beam and a closed loop alignment feedback system for directing a laser beam to one of a plurality of optical fibers 102. (Buchin at Col. 19:53-20:9).<br><br>Buchin discloses feedback signal 166 to provide information on the angle of rotation of galvanometer motor 112 and mirror 110 to galvanometer driver 114. (Buchin at Col. 8:60-65). Buchin also discloses splitter 150 extracting light to be provided to sensor 162 which outputs electrical signal 164 to galvanometer deriver 114 representing the intensity of light on sensor 162. (Buchin at Col. 12:44-62).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include feedback elements as taught by Buchin into Young to finely position output light within the output path. |
| ***Claim 112*** | ***Young (Ex. JDSU-1004) in view of Buchin (Ex. JDSU-1005)*** |
| 112. An optical beam switching system for transmitting an optical beam from any one of a complete set of sources of said switching system to any one of a complete set of optical receptors of said switching system comprising: | Young discloses an M input port by N output port optical switching system. (Young at Col. 7:56-67). |
| a plurality of first movable | Young discloses an MxN optical switch, as |

| | |
|---|---|
| mirrors for directing said optical beam from at least one source to a selected one of the optical receptors, | shown in FIG. 10 by cascading the optical switch of Fig. 7 and the optical switch of Fig. 1 including displaceable mirrors.  (Young at Col. 7:56-67). |
| said plurality of first movable mirrors mounted across a first area of free space from the sources such that a plurality of first optical pathways are defined between the sources and the first movable mirrors, | Figs. 7 and 10 of Young show mirrors 120-1 to 120-M separate and mounted across a free space from sources 105-1 to 105-M, wherein a selected one of a plurality of light beams applied along a plurality of input light paths is controllably directed to a single light path.  (Young at Col. 6:19-36, Figs. 7 and 10).

Figs. 1 and 10 of Young show mirrors 11-1 to 11-N and output ports 15-1 to 15-N, wherein a beam may be controllably directed into a selected output port.  (Young at Col. 3:60-67, Figs. 1 and 10). |
| said first movable mirrors comprising substantially a complete set of movable mirrors included in said switching system for directly interfacing with said sources free from any intervening movable mirrors and

said first optical pathways comprising substantially a complete set of pathways included in said switching system between said sources and said first movable mirrors, | Young discloses movable mirrors 120-1 to 120-M for directly interfacing with sources 105-1 to 105-M and free from any intervening movable mirrors. (Young at Col. 6:23-30, Figs. 7 and 10).

Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Id.). |
| said plurality of first movable mirrors further mounted across a second area of free space from the receptors such that a plurality of second optical pathways are defined between | Young discloses movable mirrors 120-1 to 120-M mounted across from the output ports 15-1 to 15-N. (Young at Col. 6:23-30, Figs. 7 and 10).

Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of |

| | |
|---|---|
| the first movable mirrors and the receptors,<br><br>the second optical pathways comprising substantially a complete set of pathways included in said switching system between the first movable mirrors and the receptors; | pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Id.).<br><br>Fig. 10 of Young shows second optical pathways with substantially a complete set of pathways included in the switching system between mirrors and output ports 15-1 to 15-N. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| said sources, first movable mirrors and receptors being configured such that there is a first three dimensional region that is traversed by at least most of said second pathways and at least most of said first pathways are located wholly outside said first region; | Fig. 10 of Young shows second optical pathways that traverse a region, the first pathways between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M located wholly outside of the region  of the second optical pathways. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| a control for transmission of the optical beam from the source to a selected optical receptor by means of controlling a controlled mirror, by causing one of the first movable mirrors to direct the optical beam to a selected optical receptor; and | Young discloses a set of controlled actuators 125 to selectively displace mirror 120 and mirrors 11 to provide input/output beam port connectivity. (Young at Col. 7:59-67).<br><br>Young discloses physical displacement of mirrors as rotational or pivotable.  (Young at Col. 4:34-63). |
| a servo control element for use in providing a feedback signal regarding the current orientation of the controlled mirror or the current location of the optical beam to the control, in either case for the purpose of adjusting the position of the relevant controlled mirror to minimize transmission loss of the optical beam to the optical receptor by fine tuning said | Young discloses individual control of mirror elements with an actuator 44-1 operative to rotate a mirror about a pivot location. (Young at Col. 4:60-68).<br><br>Buchin discloses course and fine alignment of an outgoing laser beam and a closed loop alignment feedback system for directing a laser beam to one of a plurality of optical fibers 102. (Buchin at Col. 19:53-20:9).<br><br>Buchin discloses feedback signal 166 to provide |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| orientation of said relevant controlled mirror based on said feedback signal. | information on the angle of rotation of galvanometer motor 112 and mirror 110 to galvanometer driver 114.  (Buchin at Col. 8:60-65).  Buchin also discloses splitter 150 extracting light to be provided to sensor 162 which outputs electrical signal 164 to galvanometer deriver 114 representing the intensity of light on sensor 162. (Buchin at Col. 12:44-62). |
| | It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include feedback elements as taught by Buchin into Young to finely position output light within the output path. |
| *Claim 123* | *Young (Ex. JDSU-1004) in view of Buchin (Ex. JDSU-1005)* |
| 123. An optical beam switching system for transmitting an optical beam from any one of a complete set of sources of said switching system to any one of a complete set of optical receptors of said switching system comprising: | Young discloses an M input port by N output port optical switching system. (Young at Col. 7:57-67). |
| a plurality of first movable mirrors mounted across a first area of free space from the sources and across a second area of free space from the optical receptors, for directing said optical beam from at least one source to a selected one of the optical receptors, said plurality of first movable mirrors mounted across a first area of free space from the sources such that a plurality of first optical pathways are defined between the sources | Young discloses an MxN optical switch, as shown in FIG. 10 by cascading the optical switch of Fig. 7 and the optical switch of Fig. 1 including displaceable mirrors.  (Young at Col. 7:59-67).

Figs. 7 and 10 of Young show mirrors 120-1 to 120-M separate and mounted across a free space from sources 105-1 to 105-M, wherein a selected one of a plurality of light beams applied along a plurality of input light paths is controllably directed to a single light path.  (Young at Col. 6:23-30, Figs. 7 and 10).

Figs. 1 and 10 of Young show mirrors 11-1 to |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| and the first movable mirrors, | 11-N and output ports 15-1 to 15-N, wherein a beam may be controllably directed into a selected output port.  (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
|---|---|
| said first movable mirrors comprising substantially a complete set of movable mirrors included in said switching system for directly interfacing with said sources free from any intervening movable mirrors and<br><br>said first optical pathways comprising substantially a complete set of pathways included in said switching system between said sources and said first movable mirrors, | Young discloses movable mirrors 120-1 to 120-M for directly interfacing with sources 105-1 to 105-M and free from any intervening movable mirrors. (Young at Col. 6:23-30, Figs. 7 and 10).<br><br>Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Id.). |
| said plurality of first movable mirrors further mounted across a second area of free space from the receptors such that a plurality of second optical pathways are defined between the first movable mirrors and the receptors,<br><br>the second optical pathways comprising substantially a complete set of pathways included in said switching system between the first movable mirrors and the receptors; | Young discloses movable mirrors 120-1 to 120-M mounted across from the output ports 15-1 to 15-N. (Young at Col. 6:23-30, Figs. 7 and 10).<br><br>Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Id.).<br><br>Fig. 10 of Young shows second optical pathways with substantially a complete set of pathways included in the switching system between mirrors and output ports 15-1 to 15-N. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| said sources, first movable mirrors and receptors being configured such that there is a first three dimensional region | Fig. 10 of Young shows second optical pathways that traverse a region, the first pathways between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M located wholly outside of the |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| that is traversed by at least most of said second pathways and at least most of said first pathways are located wholly outside said first region; | region of the second optical pathways. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| a control for transmission of the optical beam from the source to a selected optical receptor by means of controlling a controlled mirror, by causing one of the first movable mirrors to direct the optical beam to a selected optical receptor; and | Young discloses a set of controlled actuators 125 to selectively displace mirror 120 and mirrors 11 to provide input/output beam port connectivity. (Young at Col. 7:59-67).<br><br>Young discloses physical displacement of mirrors as rotational or pivotable.  (Young at Col. 4:34-63). |
| a data gathering and transmitting element for use in providing a feedback signal regarding the current orientation of the controlled mirror or the current location of the optical beam to the control, in either case for the purpose of adjusting the position of the relevant controlled mirror to minimize transmission loss of the optical beam to the optical receptor by fine tuning said orientation of said relevant controlled mirror based on said feedback signal. | Young discloses individual control of mirror elements with an actuator 44-1 operative to rotate a mirror about a pivot location. (Young at Col. 4:60-68).<br><br>Buchin discloses optical switch system 107 including sensor 162 configured to deliver an electronic signal 164 (e.g., feedback signal) to galvanometer driver 114, the electrical signal 164 representing the intensity of light falling on sensor 162.<br><br>Galvanometer driver 114 receives positional feedback signal 166 from galvanometer motor 112 representing the rotational angle of galvanometer motor 112 and mirror 110. (Buchin at Col. 12:43-67 and Fig. 6).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include feedback elements as taught by Buchin into Young to finely position output light within the output path. |
| ***Claim 124*** | ***Young (Ex. JDSU-1004) in view of Buchin (Ex. JDSU-1005)*** |
| 124. An optical beam switching | Young discloses movable mirrors that rotate |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| system according to claim 123, wherein at least one of the movable mirrors is movable about at least one axis of rotation. | about an axis of rotation. (Young at Col. 4:62-5:9). |
|---|---|
| ***Claims 127 and 128*** | ***Young (Ex. JDSU-1004) in view of Buchin (Ex. JDSU-1005)*** |
| 127. An optical beam switching system according to claim 123, wherein said data gathering and transmitting element is disposed adjacent to at least one of the movable mirrors.<br><br>128. An optical beam switching system according to claim 123, wherein said data gathering and transmitting element is disposed adjacent to at least one of the optical receptors. | Young discloses a plurality of individually controlled elements. (Young at Col. 4:42-47).<br><br>Buchin discloses galvanometer driver disposed adjacent to mirror 110 and sensor 162 disposed adjacent to optical receptor 144.  (Buchin at Fig. 6).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include positional feedback as taught by Buchin with the feed back elements disposed adjacent to movable mirrors and to include feedback elements disposed adjacent to output fibers into Young to control the movable mirror position with a high degree of accuracy and for the benefit of ensuring that the reflective mirror is properly controlled. |
| ***Claims 129/123, 129/127 and 129/128*** | ***Young (Ex. JDSU-1004) in view of Buchin (Ex. JDSU-1005)*** |
| 129. An optical beam switching system according to any of claims 123, 127 and 128, wherein at least one optical receptor is mounted in optical receiving relationship with an associated one of said plurality of first movable mirrors. | Young discloses optical receptors  (output ports 15-1 to 15-N) mounted in an optical receiving relationship movable mirrors 120-1 to 120-M and mirror 11-1 to 11-N. (Young at FIG. 10). |
| ***Claims 130/123, 130/127 and 130/128,*** | ***Young (Ex. JDSU-1004) in view of Buchin (Ex. JDSU-1005)*** |
| 130. An optical beam switching system according to any of | Buchin discloses mirrors 122 and 124 for folding the path of the optical beam.  (Buchin at Col. |

| | |
|---|---|
| claims 123, 127 and 128, further comprising a stationary mirror for folding the path of the optical beam. | 10:22-27).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include mirrors 122 and 124 taught by Buchin into Young to aid in direction of optical signal to be routed and to reduce the size of the optical switch. |
| ***Claims 131/123, 131/127, 131/128, 132/131/123, 132/131/127 and 132/131/128*** | ***Young (Ex. JDSU-1004) in view of Buchin (Ex. JDSU-1005)*** |
| 131. An optical beam switching system according to any of claims 123, 127 and 128, wherein the optical switching system also comprises at least one focusing lens for focusing the optical beam.<br><br>132. An optical beam switching system according to claim 131, wherein said focusing lens is disposed between a source and one of the first movable mirrors. | Young discloses a plurality of individually controlled elements including input and output collimating lenses 25 between a source and movable mirrors. (Young at Col. 4:4-45, Fig. 1 element 25).<br><br>Buchin discloses lens 108 to focus input light beam 116 from input port 104 on mirror 110. (Buchin at Col. 8:33-38).<br><br>Buchin discloses output lens 140 to focus refocus a light beam onto the proximal end 142 of output light fiber 142. (Buchin at Col. 10:22-27).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to replace input and output collimating lenses 25 of Young with lenses 108 and 140 as taught by Buchin to aid in direction of optical signal to be routed. |
| ***Claim 134/123*** | ***Young (Ex. JDSU-1004) in view of Buchin (Ex. JDSU-1005)*** |
| 134. An optical beam switching system according to either of claims 112 and 123, wherein substantially all of said second pathways traverse said first | Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Young at Col. 6:23- |

| | |
|---|---|
| region and substantially all of said first pathways are located wholly outside said first region. | 30, Figs. 7 and 10).<br><br>Fig. 10 of Young shows second optical pathways with substantially a complete set of pathways included in the switching system between mirrors and output ports 15-1 to 15-N, where none of the first and second pathways overlap. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |

**2.    Chande in view of Buchin Renders Claims of the '332 Patent Obvious Under 35 U.S.C. § 103(a)**

As shown in the charts below, Chande in view of Buchin provides sufficient information to establish that Petitioner has a reasonable likelihood of prevailing with respect to contested claims of the '332 Patent identified in the following chart.

| *Claim 112* | *Chande (Ex. JDSU-1006) in view of Buchin (Ex. JDSU-1005)* |
|---|---|
| 112. An optical beam switching system for transmitting an optical beam from any one of a complete set of sources of said switching system to any one of a complete set of optical receptors of said switching system comprising: | Chande discloses an apparatus for directing a light beam into a plurality of optical fibers. (Chande at Col. 2:39-40).<br><br>FIG. 5 of Chande illustrates a laser beam directing system by two mirrors.  (Chande at Col. 8:39-63). |
| a plurality of first movable mirrors for directing said optical beam from at least one source to a selected one of the optical receptors,<br><br>said plurality of first movable mirrors mounted across a first area of free space from the sources such that a plurality of first optical pathways are defined between the sources | Chande discloses two galvanometers, each with a mirror mounted on the shaft thereof, to direct the laser beam separately through a plurality of focusing lenses, the mirrors are positioned so that a first one of the mirrors directs the laser beam onto a second one of the two mirrors and the mirrors are further positioned so that movement of the first mirror, by its galvanometer, scans the laser beam along a first coordinate axis direction and movement of the second mirror, by its galvanometer, scans the laser beam along a second coordinate axis |

| | |
|---|---|
| and the first movable mirrors, | direction.  (Chande at Col. 8:39-41, Fig. 5).<br><br>Buchin discloses an optical switch system 107 including mirror 110 and three input optical paths 207-1 to 207-3 (e.g., three sources), each input path being a source for mirror 110. (Buchin at Col. 13:53-65 and Fig. 7).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include switching of a plurality of input sources as taught by Buchin into Chande to provide switching of multiple beam sources to a selected output. (Buchin at Col. 13:44-50). |
| said first movable mirrors comprising substantially a complete set of movable mirrors included in said switching system for directly interfacing with said sources free from any intervening movable mirrors and<br><br>said first optical pathways comprising substantially a complete set of pathways included in said switching system between said sources and said first movable mirrors, | Chande discloses first mirror 306 and second mirror 310 as a complete set of movable mirrors, mirror 306 directly interfacing with source 302, the movable mirrors 306 and 310 free from any intervening movable mirrors.  (Chande at Fig. 5).<br><br>Chande discloses the assembly as shown in FIGs. 5 including a complete set of pathways between source 302 and first mirror 306 and second mirror 310.  (Chande at Col. 4:65-5:35). |
| said plurality of first movable mirrors further mounted across a second area of free space from the receptors such that a plurality of second optical pathways are defined between the first movable mirrors and the receptors,<br><br>the second optical pathways | Chande discloses galvanometer shafts 324 and 328, and mirrors 306 and 310 respectively affixed thereto across a second area of free space from receptors 304, the second area of free space comprising a complete set of pathways included in the switching system 300 between the first movable mirrors and the receptors.  (Chande at Col. 8:39-56 and Fig. 5). |

| comprising substantially a complete set of pathways included in said switching system between the first movable mirrors and the receptors; | |
|---|---|
| said sources, first movable mirrors and receptors being configured such that there is a first three dimensional region that is traversed by at least most of said second pathways and at least most of said first pathways are located wholly outside said first region; | Chande discloses the actuator assembly, as shown in Fig. 5, where the paths ways following mirror 310 are separate from the pathways following mirror 306, and with a three dimensional region that is traversed by most of the second pathways. (Chande at Figs. 4a-4b). |
| a control for transmission of the optical beam from the source to a selected optical receptor by means of controlling a controlled mirror, by causing one of the first movable mirrors to direct the optical beam to a selected optical receptor; and | Chande discloses control means comprising a digital computer 332 for controlling the respective positions of galvanometer shafts 324 and 328, and mirrors 306 and 310 respectively affixed thereto, in a programmed fashion. (Chande at Col. 9:2-9).

Chande discloses a computer providing output to galvanometers and the galvanometers in connection with elements to provide feedback for control to a desired position. (Chande at Col. 14:21-31). |
| a servo control element for use in providing a feedback signal regarding the current orientation of the controlled mirror or the current location of the optical beam to the control, in either case for the purpose of adjusting the position of the relevant controlled mirror to minimize transmission loss of the optical beam to the optical receptor by fine tuning said | Chande discloses control means comprising a digital computer 332 for controlling the respective positions of galvanometer shafts 324 and 328, and mirrors 306 and 310 respectively affixed thereto, in a programmed fashion. (Chande at Col. 9:2-9).

Chande discloses digital computer 332 providing output to the galvanometers - the galvanometers to provide feedback for control to a desired position. (Chande at Col. 9:2-9; 14:21-31). |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| orientation of said relevant controlled mirror based on said feedback signal. | |
| **Claim 123** | ***Chande (Ex. JDSU-1006) in view of Buchin (Ex. JDSU-1005)*** |
| 123. An optical beam switching system for transmitting an optical beam from any one of a complete set of sources of said switching system to any one of a complete set of optical receptors of said switching system comprising: | Chande discloses an apparatus for directing a light beam into a plurality of optical fibers. (Chande at Col. 2:39-40).<br><br>FIG. 5 of Chande illustrates a laser beam directing system by two mirrors.  (Chande at Col. 8:39-63). |
| a plurality of first movable mirrors mounted across a first area of free space from the sources and across a second area of free space from the optical receptors, for directing said optical beam from at least one source to a selected one of the optical receptors,<br><br>said plurality of first movable mirrors mounted across a first area of free space from the sources such that a plurality of first optical pathways are defined between the sources and the first movable mirrors, | Chande discloses two galvanometers, each with a mirror mounted on the shaft thereof, to direct the laser beam separately through a plurality of focusing lenses, the mirrors are positioned so that a first one of the mirrors directs the laser beam onto a second one of the two mirrors and the mirrors are further positioned so that movement of the first mirror, by its galvanometer, scans the laser beam along a first coordinate axis direction and movement of the second mirror, by its galvanometer, scans the laser beam along a second coordinate axis direction.  (Chande at Col. 8:39-41, Fig. 5).<br><br>Chande discloses The beam is reflected off of mirror 310 which directs it to one of four focusing lenses 312 for focusing the beam onto the tip of one of optical fibers 304, each group of fibers is rigidly held in a fiber holder 318. (Chande at Col. 8:45-63).<br><br>Buchin discloses an optical switch system 107 including mirror 110 and three input optical paths 207-1 to 207-3 (e.g., three sources), each input path being a source for mirror 110. (Buchin at Col. 13:53-65 and Fig. 7). |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| | It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include switching of a plurality of input sources as taught by Buchin into Chande to provide switching of multiple beam sources to a selected output. (Buchin at Col. 13:44-50). |
| said first movable mirrors comprising substantially a complete set of movable mirrors included in said switching system for directly interfacing with said sources free from any intervening movable mirrors and<br><br>said first optical pathways comprising substantially a complete set of pathways included in said switching system between said sources and said first movable mirrors, | Chande discloses first mirror 306 and second mirror 310 as a complete set of movable mirrors, mirror 306 directly interfacing with source 302, the movable mirrors 306 and 310 free from any intervening movable mirrors.  (Chande at Fig. 5).<br><br>Chande discloses the assembly as shown in FIGs. 5 including a complete set of pathways between source 302 and first mirror 306 and second mirror 310.  (Chande at Col. 4:65-5:35). |
| said plurality of first movable mirrors further mounted across a second area of free space from the receptors such that a plurality of second optical pathways are defined between the first movable mirrors and the receptors,<br><br>the second optical pathways comprising substantially a complete set of pathways included in said switching system between the first movable mirrors and the receptors; | Chande discloses galvanometer shafts 324 and 328, and mirrors 306 and 310 respectively affixed thereto across a second area of free space from receptors 304, the second area of free space comprising a complete set of pathways included in the switching system 300 between the first movable mirrors and the receptors.  (Chande at Col. 8:39-56 and Fig. 5). |
| said sources, first movable | Chande discloses the actuator assembly, as |

| | |
|---|---|
| mirrors and receptors being configured such that there is a first three dimensional region that is traversed by at least most of said second pathways and at least most of said first pathways are located wholly outside said first region; | shown in FIG. 5, where the pathways following mirror 310 are separate from the pathways following mirror 306, and with a three dimensional region that is traversed by most of the second pathways. (Chande at Figs. 4a-4b). |
| a control for transmission of the optical beam from the source to a selected optical receptor by means of controlling a controlled mirror, by causing one of the first movable mirrors to direct the optical beam to a selected optical receptor; and | Chande discloses control means comprising a digital computer 332 for controlling the respective positions of galvanometer shafts 324 and 328, and mirrors 306 and 310 respectively affixed thereto, in a programmed fashion. (Chande at Col. 9:2-9).<br><br>Chande discloses a computer providing output to galvanometers and the galvanometers in connection with elements to provide feedback for control to a desired position. (Chande at Col. 14:21-31). |
| a data gathering and transmitting element for use in providing a feedback signal regarding the current orientation of the controlled mirror or the current location of the optical beam to the control, in either case for the purpose of adjusting the position of the relevant controlled mirror to minimize transmission loss of the optical beam to the optical receptor by fine tuning said orientation of said relevant controlled mirror based on said feedback signal. | Chande discloses control means comprising a digital computer 332 for controlling the respective positions of galvanometer shafts 324 and 328, and mirrors 306 and 310 respectively affixed thereto, in a programmed fashion. (Chande at Col. 9:2-9).<br><br>Chande discloses digital computer 332 providing output to the galvanometers - the galvanometers to provide feedback for control to a desired position. (Chande at Col. 9:2-9; 14:21-31). |
| ***Claim 124*** | ***Chande (Ex. JDSU-1006) in view of Buchin (Ex. JDSU-1005)*** |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| 124. An optical beam switching system according to claim 123, wherein at least one of the movable mirrors is movable about at least one axis of rotation. | Chande discloses movable mirrors 306 and 310 movable about at least one axis of rotation. (Chande at Col. 9:20-51, Fig. 5). |
|---|---|
| ***Claim 127*** | ***Chande (Ex. JDSU-1006) in view of Buchin (Ex. JDSU-1005)*** |
| 127. An optical beam switching system according to claim 123, wherein said data gathering and transmitting element is disposed adjacent to at least one of the movable mirrors. | Chande discloses galvanometers 326 and 330 that each feedback an analog position signal adjacent to mirrors 306 and 310. (Chande at Fig. 5). |
| ***Claim 128*** | ***Chande (Ex. JDSU-1006) in view of Buchin (Ex. JDSU-1005)*** |
| 128. An optical beam switching system according to claim 123, wherein said data gathering and transmitting element is disposed adjacent to at least one of the optical receptors. | Fig. 5 of Chande depicts the optical switching system 300 including galvanometers 326 and 330 adjacent to outputs 302. (Chande at Fig. 2a |
| ***Claims 129/123, 129/127 and 129/128*** | ***Chande (Ex. JDSU-1006) in view of Buchin (Ex. JDSU-1005)*** |
| 129. An optical beam switching system according to any of claims 123, 127 and 128, wherein at least one optical receptor is mounted in optical receiving relationship with an associated one of said plurality of first movable mirrors. | Chande discloses at least one optical receptor mounted in an optical receiving relationship with a movable mirror of optical switch 300. (Chande at Col. 10:11-15 and FIG. 5). |
| ***Claims 130/123, 130/127 and 130/128,*** | ***Chande (Ex. JDSU-1006) in view of Buchin (Ex. JDSU-1005)*** |
| 130. An optical beam switching system according to any of claims 123, 127 and 128, further comprising a stationary mirror for folding the path of | FIG. 5 of Chande illustrates a laser beam directing system by two mirrors.  (Chande at Col. 8:39-63).<br><br>Buchin discloses mirrors 122 and 124 for folding |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | the path of the optical beam. (Buchin at Col. 10:22-27).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include mirrors 122 and 124 taught by Buchin into Chande to aid in direction of optical signal to be routed and to reduce the size of the optical switch. |
| --- | --- |
| ***Claims 131/123, 131/127 and 131/128*** | ***Chande (Ex. JDSU-1005) in view of Buchin (Ex. JDSU-1005)*** |
| 131. An optical beam switching system according to any of claims 123, 127 and 128, wherein the optical switching system also comprises at least one focusing lens for focusing the optical beam. | Chande discloses lenses 312 for focusing the optical beam. (Chande at Col. 5:3-19 and Fig. 5). |
| ***Claims 132/131/123, 132/131/127 and 132/131/128*** | ***Chande (Ex. JDSU-1005) in view of Buchin (Ex. JDSU-1005)*** |
| 132. An optical beam switching system according to claim 131, wherein said focusing lens is disposed between a source and one of the first movable mirrors. | FIG. 5 of Chande illustrates a laser beam directing system by two mirrors for directing laser beam 302 including mirror 306. (Chande at Col. 8:39-63 and FIG. 5).<br><br>Buchin discloses a high speed optical switch, the optical system 107 including lens 108 to focus input light beam 116 from an input port on mirror 110, the mirror 110 reflecting the input light beam. (Buchin at Col. 8:32-45 and Fig. 4A).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include a focusing lens taught by Buchin into Chande to focus light from a laser source onto a first movable mirror. |
| ***Claims 133/131/123, 133/131/127 and 133/131/128*** | ***Chande (Ex. JDSU-1005) in view of Buchin (Ex. JDSU-1005)*** |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| 133. An optical beam switching system according to claim 131, wherein at least one of the focusing lenses and at least one of the first movable mirrors are mounted in a housing. | Chande discloses a light tight enclosure for the optical switching system. (Chande at Col. 6:62-64). |
|---|---|
| ***Claim 134/123*** | ***Chande (Ex. JDSU-1005) in view of Buchin (Ex. JDSU-1005)*** |
| 134. An optical beam switching system according to either of claims 112 and 123, wherein substantially all of said second pathways traverse said first region and substantially all of said first pathways are located wholly outside said first region. | Chande discloses second pathways traversing a first region, from movable mirror 310 to output fibers 304, and substantially all of said first pathways, that is the area between source 302 and mirror 306, the first pathways located wholly outside said first region. (Chande at Figs. 5 and 6). |

**3.   Young in view of Hurst Renders Claims of the '332 Patent Obvious Under 35 U.S.C. § 103(a)**

As shown in the charts below, Young in view of Hurst provides sufficient

information to establish that Petitioner has a reasonable likelihood of prevailing

with respect to claims of the '332 Patent identified in the following chart

| ***Claim 101*** | ***Young (Ex. JDSU-1004) in view of Hurst (Ex. JDSU-1007)*** |
|---|---|
| 101. An optical beam switching system for transmitting an optical beam from any one of a plurality of sources to any one of a plurality of optical receptors comprising: | Young discloses an M input port by N output port optical switching system. (Young at Col. 7:56-67). |
| a plurality of first movable mirrors mounted across a first area of free space from the sources and across a second area of free space from the | Young discloses an MxN optical switch, as shown in FIG. 10 by cascading the optical switch of Fig. 7 and the optical switch of Fig. 1 including displaceable mirrors.  (Young at Col. 7:56-67). |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| optical receptors for directing said optical beam from at least one source to a selected one of the optical receptors; | Figs. 7 and 10 of Young show mirrors 120-1 to 120-M separate and mounted across a free space from sources 105-1 to 105-M, wherein a selected one of a plurality of light beams applied along a plurality of input light paths is controllably directed to a single light path.  (Young at Col. 6:19-36, Figs. 7 and 10).<br><br>Figs. 1 and 10 of Young show mirrors 11-1 to 11-N and output ports 15-1 to 15-N, wherein a beam may be controllably directed into a selected output port.  (Young at Col. 3:60-67, Figs. 1 and 10). |
| a control for transmission of the optical beam from the source to a selected optical receptor by means of controlling a controlled mirror, by causing one of the first movable mirrors to direct the optical beam to a selected optical receptor; and | Young discloses a set of controlled actuators 125 to selectively displace mirror 120 and mirrors 11 to provide input/output beam port connectivity. (Young at Col. 7:56-67).<br><br>Young discloses physical displacement of mirrors as rotational or pivotable.  (Young at Col. 4:30-58). |
| radiation emitters for use in providing a feedback signal regarding the current orientation of the controlled mirror or the current location of the optical beam to the control, in either case for the purpose of adjusting the position of the relevant controlled mirror to minimize transmission loss of the optical beam to the optical receptor by fine tuning said orientation of said relevant controlled mirror based on said feedback signal. | Young discloses a plurality of individually controlled elements. (Young at Col. 4:38-45).<br><br>Hurst discloses course and fine alignment of an outgoing laser beam and a closed loop alignment feedback system for directing a laser beam to one of a plurality of optical fibers 102. (Hurst at Col. 19:53-20:9).<br><br>Hurst discloses beam splitter 232 to route a reflected beam to a differential detector and obtaining alignment signals by using a look-up table of pre-calibrated values by measuring an amplitude of beam 192, the alignment signals applied as a feedback loop. (Hurst at Col.10:3-17; 20:1-8). |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include alignment of an outgoing laser beam and a closed loop alignment feedback system including a beam splitter for directing a laser beam to one of a plurality of optical fibers as taught by Hurst into Young to finely position output light within the output path. |
|---|---|
| ***Claim 112*** | ***Young (Ex. JDSU-1004) in view of Hurst (Ex. JDSU-1007)*** |
| 112. An optical beam switching system for transmitting an optical beam from any one of a complete set of sources of said switching system to any one of a complete set of optical receptors of said switching system comprising: | Young discloses an M input port by N output port optical switching system. (Young at Col. 7:56-67).<br><br>Hurst discloses course and fine alignment of an outgoing laser beam and a closed loop alignment feedback system for directing a laser beam to one of a plurality of optical fibers 102. (Hurst at Col. 19:53-20:9). |
| a plurality of first movable mirrors for directing said optical beam from at least one source to a selected one of the optical receptors,<br><br>said plurality of first movable mirrors mounted across a first area of free space from the sources such that a plurality of first optical pathways are defined between the sources and the first movable mirrors, | Young discloses an MxN optical switch, as shown in FIG. 10 by cascading the optical switch of Fig. 7 and the optical switch of Fig. 1 including displaceable mirrors.  (Young at Col. 7:56-67).<br><br>Figs. 7 and 10 of Young show mirrors 120-1 to 120-M separate and mounted across a free space from sources 105-1 to 105-M, wherein a selected one of a plurality of light beams applied along a plurality of input light paths is controllably directed to a single light path.  (Young at Col. 6:19-36, Figs. 7 and 10).<br><br>Figs. 1 and 10 of Young show mirrors 11-1 to 11-N and output ports 15-1 to 15-N, wherein a beam may be controllably directed into a selected output port.  (Young at Col. 3:60-67, Figs. 1 and 10). |
| said first movable mirrors | Young discloses movable mirrors 120-1 to 120- |

| | |
|---|---|
| comprising substantially a complete set of movable mirrors included in said switching system for directly interfacing with said sources free from any intervening movable mirrors and<br><br>said first optical pathways comprising substantially a complete set of pathways included in said switching system between said sources and said first movable mirrors, | M for directly interfacing with sources 105-1 to 105-M and free from any intervening movable mirrors. (Young at Col. 6:23-30, Figs. 7 and 10).<br><br>Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Id.). |
| said plurality of first movable mirrors further mounted across a second area of free space from the receptors such that a plurality of second optical pathways are defined between the first movable mirrors and the receptors,<br><br>the second optical pathways comprising substantially a complete set of pathways included in said switching system between the first movable mirrors and the receptors; | Young discloses movable mirrors 120-1 to 120-M mounted across from the output ports 15-1 to 15-N. (Young at Col. 6:23-30, Figs. 7 and 10).<br><br>Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Id.).<br><br>Fig. 10 of Young shows second optical pathways with substantially a complete set of pathways included in the switching system between mirrors and output ports 15-1 to 15-N. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| said sources, first movable mirrors and receptors being configured such that there is a first three dimensional region that is traversed by at least most of said second pathways and at least most of said first pathways are located wholly outside said first region; | Fig. 10 of Young shows second optical pathways that traverse a region, the first pathways between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M located wholly outside of the region of the second optical pathways. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| a control for transmission of the optical beam from the source to a selected optical receptor by means of controlling a controlled mirror, by causing one of the first movable mirrors to direct the optical beam to a selected optical receptor; and | Young discloses a set of controlled actuators 125 to selectively displace mirror 120 and mirrors 11 to provide input/output beam port connectivity. (Young at Col. 7:59-67).<br><br>Young discloses physical displacement of mirrors as rotational or pivotable.  (Young at Col. 4:34-63). |
| a servo control element for use in providing a feedback signal regarding the current orientation of the controlled mirror or the current location of the optical beam to the control, in either case for the purpose of adjusting the position of the relevant controlled mirror to minimize transmission loss of the optical beam to the optical receptor by fine tuning said orientation of said relevant controlled mirror based on said feedback signal. | Young discloses individual control of mirror elements with an actuator 44-1 operative to rotate a mirror about a pivot location. (Young at Col. 4:60-68).<br><br>Hurst discloses determining the angular position of mirror 314 by electric potential applied to motor 321 and obtaining alignment signals by using a look-up table of pre-calibrated values by measuring an amplitude of beam 192, the alignment signals applied as a feedback loop. (Hurst at Col.10:3-17; 18:52-58; 20:1-8).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include alignment of an outgoing laser beam and a closed loop alignment feedback system for directing a laser beam to one of a plurality of optical fibers as taught by Hurst into Young to finely position output light within the output path. |
| ***Claim 123*** | ***Young (Ex. JDSU-1004) in view of Hurst (Ex. JDSU-1007)*** |
| 123. An optical beam switching system for transmitting an optical beam from any one of a complete set of sources of said switching system to any one of a complete set of optical receptors of said switching system comprising: | Young discloses an M input port by N output port optical switching system. (Young at Col. 7:57-67).<br><br>Hurst discloses course and fine alignment of an outgoing laser beam and a closed loop alignment feedback system for directing a laser beam to one of a plurality of optical fibers 102. (Hurst at |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | Col. 19:53-20:9). |
|---|---|
| a plurality of first movable mirrors mounted across a first area of free space from the sources and across a second area of free space from the optical receptors, for directing said optical beam from at least one source to a selected one of the optical receptors,<br><br>said plurality of first movable mirrors mounted across a first area of free space from the sources such that a plurality of first optical pathways are defined between the sources and the first movable mirrors, | Young discloses an MxN optical switch, as shown in FIG. 10 by cascading the optical switch of Fig. 7 and the optical switch of Fig. 1 including displaceable mirrors.  (Young at Col. 7:59-67).<br><br>Figs. 7 and 10 of Young show mirrors 120-1 to 120-M separate and mounted across a free space from sources 105-1 to 105-M, wherein a selected one of a plurality of light beams applied along a plurality of input light paths is controllably directed to a single light path.  (Young at Col. 6:23-30, Figs. 7 and 10).<br><br>Figs. 1 and 10 of Young show mirrors 11-1 to 11-N and output ports 15-1 to 15-N, wherein a beam may be controllably directed into a selected output port.  (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| said first movable mirrors comprising substantially a complete set of movable mirrors included in said switching system for directly interfacing with said sources free from any intervening movable mirrors and<br><br>said first optical pathways comprising substantially a complete set of pathways included in said switching system between said sources and said first movable mirrors, | Young discloses movable mirrors 120-1 to 120-M for directly interfacing with sources 105-1 to 105-M and free from any intervening movable mirrors. (Young at Col. 6:23-30, Figs. 7 and 10).<br><br>Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Id.). |
| said plurality of first movable mirrors further mounted across a second area of free space from the receptors such that a | Young discloses movable mirrors 120-1 to 120-M mounted across from the output ports 15-1 to 15-N. (Young at Col. 6:23-30, Figs. 7 and 10). |

| | |
|---|---|
| plurality of second optical pathways are defined between the first movable mirrors and the receptors,<br><br>the second optical pathways comprising substantially a complete set of pathways included in said switching system between the first movable mirrors and the receptors; | Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Id.).<br><br>Fig. 10 of Young shows second optical pathways with substantially a complete set of pathways included in the switching system between mirrors and output ports 15-1 to 15-N. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| said sources, first movable mirrors and receptors being configured such that there is a first three dimensional region that is traversed by at least most of said second pathways and at least most of said first pathways are located wholly outside said first region; | Fig. 10 of Young shows second optical pathways that traverse a region, the first pathways between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M located wholly outside of the region of the second optical pathways. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| a control for transmission of the optical beam from the source to a selected optical receptor by means of controlling a controlled mirror, by causing one of the first movable mirrors to direct the optical beam to a selected optical receptor; and | Young discloses a set of controlled actuators 125 to selectively displace mirror 120 and mirrors 11 to provide input/output beam port connectivity. (Young at Col. 7:59-67).<br><br>Young discloses physical displacement of mirrors as rotational or pivotable.  (Young at Col. 4:34-63). |
| a data gathering and transmitting element for use in providing a feedback signal regarding the current orientation of the controlled mirror or the current location of the optical beam to the control, in either case for the purpose of adjusting the position of the | Young discloses individual control of mirror elements with an actuator 44-1 operative to rotate a mirror about a pivot location. (Young at Col. 4:60-68).<br><br>Hurst discloses determining the angular position of mirror 314 by electric potential applied to motor 321 and obtaining alignment signals by using a look-up table of pre-calibrated values by |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| relevant controlled mirror to minimize transmission loss of the optical beam to the optical receptor by fine tuning said orientation of said relevant controlled mirror based on said feedback signal. | measuring an amplitude of beam 192, the alignment signals applied as a feedback loop. (Hurst at Col.10:3-17; 18:52-58; 20:1-8).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include alignment of an outgoing laser beam and a closed loop alignment feedback system for directing a laser beam to one of a plurality of optical fibers as taught by Hurst into Young to finely position output light within the output path. |
|---|---|
| ***Claim 124*** | ***Young (Ex. JDSU-1004) in view of Hurst (Ex. JDSU-1007)*** |
| 124. An optical beam switching system according to claim 123, wherein at least one of the movable mirrors is movable about at least one axis of rotation. | Young discloses movable mirrors that may be rotatable about an axis of rotation. (Young at Col. 4:62-5:9). |
| ***Claims 125 and 126*** | ***Young (Ex. JDSU-1004) in view of Hurst (Ex. JDSU-1007)*** |
| 125. An optical beam switching system according to claim 124, wherein the movable mirror is movable about at least two axes of rotation.<br><br>126. An optical beam switching system according to claim 125, wherein the at least two axes of rotation are disposed ninety degrees relative to one another. | The discussion of Young and Hurst with respect to claim 123 in section IV.B.RLP3 is incorporated for reference.<br><br>Hurst discloses providing two degrees of adjustment at ninety degrees to each other to direct the outgoing laser beam 191 to a core of a desired PM optical fiber 102. (Hurst at Col. 19:53-61).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include providing two degrees of adjustment to direct the outgoing laser beam as taught by Hurst into Young to finely position output light within the output path. |
| ***Claims 127 and 128*** | ***Young (Ex. JDSU-1004) in view of Hurst (Ex.*** |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | *JDSU-1007)* |
|---|---|
| 127. An optical beam switching system according to claim 123, wherein said data gathering and transmitting element is disposed adjacent to at least one of the movable mirrors.<br><br>128. An optical beam switching system according to claim 123, wherein said data gathering and transmitting element is disposed adjacent to at least one of the optical receptors. | The discussion of Young and Hurst with respect to claim 123 in section IV.B.RLP3 is incorporated for reference.<br><br>Hurst discloses beam splitter 232 to route a reflected beam to a differential detector, measuring an amplitude of reflected laser beam 192 for providing fine adjustment, and directing laser beam 192 back to laser-optic assembly 101. (Hurst at Col. 10:1-9).<br><br>Hurst discloses measuring an amplitude of reflected laser beam 192 to provide fine alignment signals.  (Hurst at Col. 19:53-20:7). As shown in FIG. 16 of Hurst, the fiber carrying laser 192 is adjacent to the optical receptors.<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include measurement of amplitude as taught by Hurst into Young to finely position output light within the output path. |
| ***Claims 129/123, 129/127 and 129/128*** | ***Young (Ex. JDSU-1004) in view of Hurst (Ex. JDSU-1007)*** |
| 129. An optical beam switching system according to any of claims 123, 127 and 128, wherein at least one optical receptor is mounted in optical receiving relationship with an associated one of said plurality of first movable mirrors. | Young discloses optical receptors  (output ports 15-1 to 15-N) mounted in an optical receiving relationship movable mirrors 120-1 to 120-M and mirror 11-1 to 11-N. (Young at FIG. 10). |
| ***Claims 131/123, 131/127, 131/128, 132/131/123, 132/131/127 and 132/131/128*** | ***Young (Ex. JDSU-1004) in view of Hurst (Ex. JDSU-1007)*** |
| 131. An optical beam switching system according to any of claims 123, 127 and 128, | Young discloses a plurality of individually controlled elements including input and output collimating lenses 25 between a source and |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| wherein the optical switching system also comprises at least one focusing lens for focusing the optical beam.<br><br>132. An optical beam switching system according to claim 131, wherein said focusing lens is disposed between a source and one of the first movable mirrors. | movable mirrors. (Young at Col. 4:4-45, Fig. 1 element 25).<br><br>Hurst discloses lens 329 such that the laser beam 191 is reflected by the micro-mirror 314 after emerging from the GRIN lens 329. (Hurst at Col. 18:37-41).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to replace input collimating lens 25 of Young with lens 329 as taught by Hurst to aid in direction of optical signal to be routed. |
| ***Claims 133/131/123, 133/131/127 and 133/131/128*** | ***Young (Ex. JDSU-1004) in view of Hurst (Ex. JDSU-1007)*** |
| 133. An optical beam switching system according to claim 131, wherein at least one of the focusing lenses and at least one of the first movable mirrors are mounted in a housing. | Hurst discloses micro-mirror 314 and grin lens 329 are mounted in a housing (e.g., substrate 350). (Hurst at Col. 19:53-61, Fig. 16).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to mount lens 329 and mirrors of Young in a housing as taught by Hurst to limit sources of external light. |
| ***Claim 134/123*** | ***Young (Ex. JDSU-1004) in view of Hurst (Ex. JDSU-1007)*** |
| 134. An optical beam switching system according to either of claims 112 and 123, wherein substantially all of said second pathways traverse said first region and substantially all of said first pathways are located wholly outside said first region. | Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Young at Col. 6:23-30, Figs. 7 and 10).<br><br>Fig. 10 of Young shows second optical pathways with substantially a complete set of pathways included in the switching system between mirrors and output ports 15-1 to 15-N, where none of the first and second pathways overlap. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

4.    **Young in view of Kittrell Renders Claims of the '332 Patent Obvious Under 35 U.S.C. § 103(a)**

As shown in the charts below, Young in view of Kittrell provides sufficient

information to establish that Petitioner has a reasonable likelihood of prevailing

with respect to claims of the '332 Patent identified in the following chart:

| *Claim 101* | *Young (Ex. JDSU-1004) in view of Kittrell (Ex. JDSU-1008)* |
|---|---|
| 101. An optical beam switching system for transmitting an optical beam from any one of a plurality of sources to any one of a plurality of optical receptors comprising: | Young discloses an M input port by N output port optical switching system. (Young at Col. 7:56-67). |
| a plurality of first movable mirrors mounted across a first area of free space from the sources and across a second area of free space from the optical receptors for directing said optical beam from at least one source to a selected one of the optical receptors; | Young discloses an MxN optical switch, as shown in FIG. 10 by cascading the optical switch of Fig. 7 and the optical switch of Fig. 1 including displaceable mirrors.  (Young at Col. 7:56-67).

Figs. 7 and 10 of Young show mirrors 120-1 to 120-M separate and mounted across a free space from sources 105-1 to 105-M, wherein a selected one of a plurality of light beams applied along a plurality of input light paths is controllably directed to a single light path.  (Young at Col. 6:19-36, Figs. 7 and 10).

Figs. 1 and 10 of Young show mirrors 11-1 to 11-N and output ports 15-1 to 15-N, wherein a beam may be controllably directed into a selected output port.  (Young at Col. 3:60-67, Figs. 1 and 10). |
| a control for transmission of the optical beam from the source to a selected optical receptor by | Young discloses a set of controlled actuators 125 to selectively displace mirror 120 and mirrors 11 to provide input/output beam port connectivity. |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| means of controlling a controlled mirror, by causing one of the first movable mirrors to direct the optical beam to a selected optical receptor; and | (Young at Col. 7:56-67).<br><br>Young discloses physical displacement of mirrors as rotational or pivotable. (Young at Col. 4:30-58). |
| radiation emitters for use in providing a feedback signal regarding the current orientation of the controlled mirror or the current location of the optical beam to the control, in either case for the purpose of adjusting the position of the relevant controlled mirror to minimize transmission loss of the optical beam to the optical receptor by fine tuning said orientation of said relevant controlled mirror based on said feedback signal. | Young discloses a plurality of individually controlled elements. (Young at Col. 4:38-45).<br><br>Kittrell discloses a fiber selector system including lens 41 to focus laser 92 and optical fibers 20. (Kittrell at Col. 18:35-60).<br><br>Kittrell discloses a photodiode 45 mounted near inputs of optical fibers 20 to detect scattered light and to provide continuous monitoring for corrections in position, the signal of the photodiode coupled to the computer to control motor operation. (Kittrell at Col. 17:60-18:9).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include alignment feedback as taught by Kittrell into Young to finely position output light within the output path. |
| ***Claim 112*** | ***Young (Ex. JDSU-1004) in view of Kittrell (Ex. JDSU-1008)*** |
| 112. An optical beam switching system for transmitting an optical beam from any one of a complete set of sources of said switching system to any one of a complete set of optical receptors of said switching system comprising: | Young discloses an M input port by N output port optical switching system. (Young at Col. 7:56-67).<br><br>Kittrell discloses course and fine alignment of an outgoing laser beam and a closed loop alignment feedback system for directing a laser beam to one of a plurality of optical fibers 102. (Kittrell at Col. 19:53-20:9). |
| a plurality of first movable mirrors for directing said optical beam from at least one source to a selected one of the | Young discloses an MxN optical switch, as shown in FIG. 10 by cascading the optical switch of Fig. 7 and the optical switch of Fig. 1 including displaceable mirrors. (Young at Col. |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| optical receptors, | 7:56-67). |
| said plurality of first movable mirrors mounted across a first area of free space from the sources such that a plurality of first optical pathways are defined between the sources and the first movable mirrors, | Figs. 7 and 10 of Young show mirrors 120-1 to 120-M separate and mounted across a free space from sources 105-1 to 105-M, wherein a selected one of a plurality of light beams applied along a plurality of input light paths is controllably directed to a single light path. (Young at Col. 6:19-36, Figs. 7 and 10).<br><br>Figs. 1 and 10 of Young show mirrors 11-1 to 11-N and output ports 15-1 to 15-N, wherein a beam may be controllably directed into a selected output port. (Young at Col. 3:60-67, Figs. 1 and 10). |
| said first movable mirrors comprising substantially a complete set of movable mirrors included in said switching system for directly interfacing with said sources free from any intervening movable mirrors and<br><br>said first optical pathways comprising substantially a complete set of pathways included in said switching system between said sources and said first movable mirrors, | Young discloses movable mirrors 120-1 to 120-M for directly interfacing with sources 105-1 to 105-M and free from any intervening movable mirrors. (Young at Col. 6:23-30, Figs. 7 and 10).<br><br>Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M. (Id.). |
| said plurality of first movable mirrors further mounted across a second area of free space from the receptors such that a plurality of second optical pathways are defined between the first movable mirrors and the receptors, | Young discloses movable mirrors 120-1 to 120-M mounted across from the output ports 15-1 to 15-N. (Young at Col. 6:23-30, Figs. 7 and 10).<br><br>Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M. (Id.). |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| the second optical pathways comprising substantially a complete set of pathways included in said switching system between the first movable mirrors and the receptors; | Fig. 10 of Young shows second optical pathways with substantially a complete set of pathways included in the switching system between mirrors and output ports 15-1 to 15-N. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| said sources, first movable mirrors and receptors being configured such that there is a first three dimensional region that is traversed by at least most of said second pathways and at least most of said first pathways are located wholly outside said first region; | Fig. 10 of Young shows second optical pathways that traverse a region, the first pathways between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M located wholly outside of the region of the second optical pathways. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| a control for transmission of the optical beam from the source to a selected optical receptor by means of controlling a controlled mirror, by causing one of the first movable mirrors to direct the optical beam to a selected optical receptor; and | Young discloses a set of controlled actuators 125 to selectively displace mirror 120 and mirrors 11 to provide input/output beam port connectivity. (Young at Col. 7:59-67).<br><br>Young discloses physical displacement of mirrors as rotational or pivotable.  (Young at Col. 4:34-63). |
| a servo control element for use in providing a feedback signal regarding the current orientation of the controlled mirror or the current location of the optical beam to the control, in either case for the purpose of adjusting the position of the relevant controlled mirror to minimize transmission loss of the optical beam to the optical receptor by fine tuning said orientation of said relevant controlled mirror based on said feedback signal. | The discussion of Young and Kittrell with respect to claim 101 in section IV.B.RLP4 is incorporated for reference.<br><br>Young discloses individual control of mirror elements with an actuator 44-1 operative to rotate a mirror about a pivot location. (Young at Col. 4:60-68).<br><br>Kittrell discloses a photodiode 45 mounted near inputs of optical fibers 20 to detect scattered light and to provide continuous monitoring for corrections in position, the signal of the photodiode coupled to the computer to control motor operation.  (Kittrell at Col. 17:60-18:9). |

| | It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include alignment feedback as taught by Kittrell into Young to finely position output light within the output path. |
|---|---|
| ***Claim 123*** | ***Young (Ex. JDSU-1004) in view of Kittrell (Ex. JDSU-1008)*** |
| 123. An optical beam switching system for transmitting an optical beam from any one of a complete set of sources of said switching system to any one of a complete set of optical receptors of said switching system comprising: | Young discloses an M input port by N output port optical switching system. (Young at Col. 7:57-67).<br><br>Kittrell discloses course and fine alignment of an outgoing laser beam and a closed loop alignment feedback system for directing a laser beam to one of a plurality of optical fibers 102. (Kittrell at Col. 19:53-20:9). |
| a plurality of first movable mirrors mounted across a first area of free space from the sources and across a second area of free space from the optical receptors, for directing said optical beam from at least one source to a selected one of the optical receptors, said plurality of first movable mirrors mounted across a first area of free space from the sources such that a plurality of first optical pathways are defined between the sources and the first movable mirrors, | Young discloses an MxN optical switch, as shown in FIG. 10 by cascading the optical switch of Fig. 7 and the optical switch of Fig. 1 including displaceable mirrors.  (Young at Col. 7:59-67).<br><br>Figs. 7 and 10 of Young show mirrors 120-1 to 120-M separate and mounted across a free space from sources 105-1 to 105-M, wherein a selected one of a plurality of light beams applied along a plurality of input light paths is controllably directed to a single light path.  (Young at Col. 6:23-30, Figs. 7 and 10).<br><br>Figs. 1 and 10 of Young show mirrors 11-1 to 11-N and output ports 15-1 to 15-N, wherein a beam may be controllably directed into a selected output port.  (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| said first movable mirrors comprising substantially a complete set of movable | Young discloses movable mirrors 120-1 to 120-M for directly interfacing with sources 105-1 to 105-M and free from any intervening movable |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| mirrors included in said switching system for directly interfacing with said sources free from any intervening movable mirrors and<br><br>said first optical pathways comprising substantially a complete set of pathways included in said switching system between said sources and said first movable mirrors, | mirrors. (Young at Col. 6:23-30, Figs. 7 and 10).<br><br>Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Id.). |
| said plurality of first movable mirrors further mounted across a second area of free space from the receptors such that a plurality of second optical pathways are defined between the first movable mirrors and the receptors,<br><br>the second optical pathways comprising substantially a complete set of pathways included in said switching system between the first movable mirrors and the receptors; | Young discloses movable mirrors 120-1 to 120-M mounted across from the output ports 15-1 to 15-N . (Young at Col. 6:23-30, Figs. 7 and 10).<br><br>Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Id.).<br><br>Fig. 10 of Young shows second optical pathways with substantially a complete set of pathways included in the switching system between mirrors and output ports 15-1 to 15-N. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| said sources, first movable mirrors and receptors being configured such that there is a first three dimensional region that is traversed by at least most of said second pathways and at least most of said first pathways are located wholly outside said first region; | Fig. 10 of Young shows second optical pathways that traverse a region, the first pathways between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M located wholly outside of the region of the second optical pathways. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |
| a control for transmission of the optical beam from the source to | Young discloses a set of controlled actuators 125 to selectively displace mirror 120 and mirrors 11 |

| | |
|---|---|
| a selected optical receptor by means of controlling a controlled mirror, by causing one of the first movable mirrors to direct the optical beam to a selected optical receptor; and | to provide input/output beam port connectivity. (Young at Col. 7:59-67).<br><br>Young discloses physical displacement of mirrors as rotational or pivotable. (Young at Col. 4:34-63). |
| a data gathering and transmitting element for use in providing a feedback signal regarding the current orientation of the controlled mirror or the current location of the optical beam to the control, in either case for the purpose of adjusting the position of the relevant controlled mirror to minimize transmission loss of the optical beam to the optical receptor by fine tuning said orientation of said relevant controlled mirror based on said feedback signal. | The discussion of Young and Kittrell with respect to claim 101 in section IV.B.RLP4 is incorporated for reference.<br><br>Young discloses individual control of mirror elements with an actuator 44-1 operative to rotate a mirror about a pivot location. (Young at Col. 4:60-68).<br><br>Kittrell discloses a photodiode 45 mounted near inputs of optical fibers 20 to detect scattered light and to provide continuous monitoring for corrections in position, the signal of the photodiode coupled to the computer to control motor operation. (Kittrell at Col. 17:60-18:9).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include alignment feedback as taught by Kittrell into Young to finely position output light within the output path. |
| ***Claim 124*** | ***Young (Ex. JDSU-1004) in view of Kittrell (Ex. JDSU-1008)*** |
| 124. An optical beam switching system according to claim 123, wherein at least one of the movable mirrors is movable about at least one axis of rotation. | Young discloses rotatable mirrors about an axis of rotation. (Young at Col. 4:62-5:9). |
| ***Claims 127 and 128*** | ***Young (Ex. JDSU-1004) in view of Kittrell (Ex. JDSU-1008)*** |
| 127. An optical beam switching | The discussion of Young and Kittrell with |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| system according to claim 123, wherein said data gathering and transmitting element is disposed adjacent to at least one of the movable mirrors.

128. An optical beam switching system according to claim 123, wherein said data gathering and transmitting element is disposed adjacent to at least one of the optical receptors. | respect to claim 123 in section IV.B.RLP3 is incorporated for reference.

Kittrell discloses measuring an amplitude of reflected laser beam 192 for providing fine adjustment, and directing laser beam 192 back to laser-optic assembly 101.  (Kittrell at Col. 10:1-9).

Kittrell discloses measuring an amplitude of reflected laser beam 192 to provide fine alignment signals.  (Kittrell at Col. 19:53-20:7). As shown in FIG. 16 of Kittrell, the fiber carrying laser 192 is adjacent to the optical receptors.

It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to include measurement of amplitude as taught by Kittrell into Young to finely position output light within the output path. |
| ***Claims 129/123, 129/127 and 129/128*** | ***Young (Ex. JDSU-1004) in view of Kittrell (Ex. JDSU-1008)*** |
| 129. An optical beam switching system according to any of claims 123, 127 and 128, wherein at least one optical receptor is mounted in optical receiving relationship with an associated one of said plurality of first movable mirrors. | Young discloses optical receptors  (output ports 15-1 to 15-N) mounted in an optical receiving relationship movable mirrors 120-1 to 120-M and mirror 11-1 to 11-N. (Young at FIG. 10). |
| ***Claims 131/123, 131/127, 131/128, 132/131/123, 132/131/127 and 132/131/128*** | ***Young (Ex. JDSU-1004) in view of Kittrell (Ex. JDSU-1008)*** |
| 131. An optical beam switching system according to any of claims 123, 127 and 128, wherein the optical switching system also comprises at least | Young discloses a plurality of individually controlled elements including input and output collimating lenses 25 between a source and movable mirrors. (Young at Col. 4:4-45, Fig. 1 element 25). |

Petition for *Inter Partes* Review of
U.S. Patent No. 6,430,332

| | |
|---|---|
| one focusing lens for focusing the optical beam.<br><br>132. An optical beam switching system according to claim 131, wherein said focusing lens is disposed between a source and one of the first movable mirrors. | Kittrell discloses lens 41 such that the laser beam 92 is reflected by mirror 98 after emerging from lens 41. (Kittrell at Col. 18:49-60).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to replace input lens 25 of Young with lens 329 as taught by Kittrell to aid in direction of optical signal to be routed. |
| ***Claims 133/131/123, 133/131/127 and 133/131/128*** | ***Young (Ex. JDSU-1004) in view of Kittrell (Ex. JDSU-1008)*** |
| 133. An optical beam switching system according to claim 131, wherein at least one of the focusing lenses and at least one of the first movable mirrors are mounted in a housing. | Kittrell discloses micro-mirror 314 and grin lens 329 are mounted in a housing (e.g., substrate 350). (Kittrell at Col. 19:53-61, Fig. 16).<br><br>It would have been obvious to a person having ordinary skill in the art at the time of the '332 Patent to mount lens 329 and mirrors of Young in a housing as taught by Kittrell to limit sources of external light. |
| ***Claim 134/123*** | ***Young (Ex. JDSU-1004) in view of Kittrell (Ex. JDSU-1008)*** |
| 134. An optical beam switching system according to either of claims 112 and 123, wherein substantially all of said second pathways traverse said first region and substantially all of said first pathways are located wholly outside said first region. | Figs. 7 and 10 of Young show first optical pathways with a substantially complete set of pathways included in the switching system between sources 105-1 to 105-M and movable mirrors 120-1 to 102-M.  (Id.).<br><br>Fig. 10 of Young shows second optical pathways with substantially a complete set of pathways included in the switching system between mirrors and output ports 15-1 to 15-N, where none of the first and second pathways overlap. (Young at Col. 3:64 – 4:5, Figs. 1 and 10). |

## V.   CONCLUSION

For the reasons set forth above, *Inter Partes* Review of the contested claims of U.S. Patent No. 6,430,332 is respectfully requested, and Petitioner requests that the aforementioned claims are held unpatentable.

Respectfully submitted,

June 7, 2013

  /Kimberley G. Nobles/

Kimberley G. Nobles, Reg. No.38,255
John P. Teresinski, Reg. No. 59,621
Telephone: 949 253-9000
Facsimile: 949 253-0902

## CERTIFICATE OF SERVICE ON PATENT OWNER UNDER 37 C.F.R. §42.105(a)

Pursuant to 37 C.F.R. §§ 42.6(e) and 42.105(a), the undersigned certifies

that on the 7th day of June, 2013, a complete and entire copy of this Petition for

*Inter Partes* Review and all supporting exhibits were provided via Federal Express

to the Patent Owner by at the correspondence address of record for U.S. Patent No.

7,095,332 as  follows:


MARSH, FISCHMANN & BREYFOGLE LLP

8055 East Tufts Avenue

Suite 450

Denver CO 80237



Respectfully submitted,


June 7, 2013


 /John P. Teresinski/

Kimberley G. Nobles, Reg. No.38,255
John P. Teresinski, Reg. No. 59,621
Telephone: 949 253-9000
Facsimile: 949 253-0902