IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00840-PAB-KLM

FIBER, LLC, a Wyoming limited liability company,

Plaintiff,

v.

CIENA COMMUNICATIONS, INC., a Delaware corporation, and
CIENA CORPORATION, a Delaware corporation,

Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Vacate Deadline to File Proposed Stipulated Protective Order Under Section 9(d)(1) of Scheduling Order** [Docket No. 31; Filed July 16, 2013] (the "Motion").  On July 18, 2013, the District Judge ordered the case administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause shown by either party.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#31] is **DENIED as moot**.

Dated:  July 19, 2013