**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00840-PAB-KLM

FIBER, LLC, a Wyoming limited liability company,
      Plaintiff,

   v.

CIENA CORPORATION, a Delaware corporation, and
CIENA COMMUNICATIONS, INC., a Delaware corporation.

      Defendants.

_____

**UNOPPOSED MOTION TO WITHDRAW NATALIE HANLON LEH
AS COUNSEL OF RECORD FOR DEFENDANTS**
_____

Pursuant to D.C.Colo.LAttyR 2 and 5(b), Natalie Hanlon Leh of the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, hereby withdraws her appearance on behalf of Defendants Ciena Corporation and Ciena Communications, Inc. in the above matter. Ms. Hanlon Leh has left the employment of Faegre Baker Daniels LLP. Ms. Hanlon Leh has complied with all outstanding orders of the Court and no prejudice will result to the Defendants as a result of Ms. Hanlon Leh's withdrawal, as Leslie B. Prill, of the law firm of Faegre Baker Daniels LLP, will continue to represent the Defendants in this matter.

Pursuant to D.C.Colo.LCivR 7.1.A, Defense counsel states that they have conferred by email with Plaintiff's counsel, and Plaintiff does not oppose this motion.

Dated:  September 22, 2015.          Respectfully Submitted,

                                              *s/ Natalie Hanlon Leh*
                                              Natalie Hanlon Leh
                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                              1225 17th Street, Suite 1660
                                              Denver, CO 80202
                                              (720) 274-3135
                                              natalie.hanlonleh@wilmerhale.com

                                              *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2015, I electronically filed the foregoing **UNOPPOSED MOTION TO WITHDRAW NATALIE HANLON LEH AS COUNSEL OF RECORD FOR DEFENDANTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following parties:

| | |
|---|---|
| George G. Matava | Leslie B. Prill |
| Lewis Brisbois Bisgaard & Smith LLP | Faegre Baker Daniels LLP |
| 1700 Lincoln Street, Suite 4000 | 1700 Lincoln Street, Suite 3200 |
| Denver, CO 80203 | Denver, CO 80203 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

                                              *s/ Amy S. Titus*