**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00840-PAB-KLM

FIBER, LLC, a Wyoming limited liability company,
    Plaintiff,

  v.

CIENA CORPORATION, a Delaware corporation, and
CIENA COMMUNICATIONS, INC., a Delaware corporation.

    Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
NATALIE HANLON LEH AS COUNSEL OF RECORD FOR DEFENDANTS**
_____

Before the Court is Defendants Ciena Corporation and Ciena Communications, Inc.'s Unopposed Motion to Withdraw Natalie Hanlon Leh as Counsel of Record, and being advised of the premises, the Court hereby **GRANTS** the Motion, and **ORDERS** that Ms. Hanlon Leh be removed as counsel of record for Defendants.

Dated: September __, 2015.    BY THE COURT,

                                                      _____