IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00840-PAB-KLM

    (Consolidated with Civil Action No. 15-cv-01743-PAB-KLM)

FIBER, LLC, a Wyoming limited liability company,

    Plaintiff,

v.

CIENA CORPORATION, a Delaware corporation, and
CIENA COMMUNICATIONS, INC., a Delaware corporation,

    Defendants.

FIBER, LLC, a Wyoming limited liability company,

    Plaintiff,

v.

VIAVI SOLUTIONS, INC., F/K/A JDS Uniphase Corporation,
LUMENTUM HOLDINGS, INC.,
LUMENTUM INC., and
LUMENTUM OPERATIONS, LLC,

    Defendants.

**NOTICE TO WITHDRAW MOTION TO CONSOLIDATE [DOC. NO. 58]**

    Alcatel-Lucent USA Inc. ("ALU-USA") hereby withdraws its Motion to Consolidate [Doc. No. 58] ("Motion"). The Motion was filed in this Court pursuant to D.C.COLO.LCivR 43.1. The Motion was also filed in *Fiber, LLC. v. Alcatel Lucent USA Inc.*, No. 15-cv-02135-RBJ pending before Judge Jackson to provide notice to the Court and Parties. [*See* Doc. No. 26 in *Fiber v. Alcatel Lucent USA Inc.*] Judge Jackson issued a ruling after conferring with Judge

Brimmer denying the Motion to Consolidate.  *See* Case No. 15-cv-02135-RBJ, Doc. No. 28. Thus, the Motion is now moot and ALU-USA hereby withdraws its Motion to Consolidate.

Respectfully submitted,

Dated:  January 13, 2016　　　　　　　　By: s/ Robert R. Brunelli
　　　　　　　　　　　　　　　　　　　　　　Robert R. Brunelli
　　　　　　　　　　　　　　　　　　　　　　　　rbrunelli@sheridanross.com
　　　　　　　　　　　　　　　　　　　　　　Hiwot Molla Covell
　　　　　　　　　　　　　　　　　　　　　　　　hcovell@sheridanross.com
　　　　　　　　　　　　　　　　　　　　　　SHERIDAN ROSS, P.C.
　　　　　　　　　　　　　　　　　　　　　　1560 Broadway, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202-5141
　　　　　　　　　　　　　　　　　　　　　　Phone: 303-863-2998
　　　　　　　　　　　　　　　　　　　　　　litigation@sheridanross.com

Robert F. Perry
rperry@kslaw.com
Allison H. Altersohn
aaltersohn@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556 2100
Facsimile:  (212) 556 2222

*ATTORNEYS FOR DEFENDANT*
*Alcatel-Lucent USA Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 13, 2016. Any other counsel of record will be served by First Class U.S. mail on this same date.

                                              s/ Rebecca I. Reil
                                              Rebecca I. Reil
                                              Assistant to Hiwot M. Covell
                                              SHERIDAN ROSS P.C.
                                              1560 Broadway, Suite 1200
                                              Denver, CO  80202-5141
                                              Telephone:  303-863-9700
                                              Facsimile:  303-863-0223
                                              Email:  rreil@sheridanross.com
                                              litigation@sheridanross.com