**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 13-cv-00840-PAB-KLM

    (Consolidated with Civil Action No. 15-cv-01743-PAB-KLM)

---

FIBER, LLC, a Wyoming limited liability company

                    Plaintiff/Counterdefendant

    v.

CIENA COMMUNICATIONS, INC., a Delaware corporation,
CIENA CORPORATION, a Delaware corporation

                    Defendants/ Counterclaimants

---

FIBER, LLC, a Wyoming limited liability company

                    Plaintiff/Counterdefendant

    v.

VIAVI SOLUTIONS INC., f/k/a JDS Uniphase Corporation,
LUMENTUM HOLDINGS INC.,
LUMENTUM INC., AND
LUMENTUM OPERATIONS LLC, a Delaware limited liability company

                    Defendants/Counterclaimants

---

## STIPULATED ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness

and/or segregation of privileged and/or protected information before production. Nothing contained herein shall prevent a party from contesting another party's claim of privilege or protection. The procedure for return of materials over which a party claims a privilege or protection shall be set forth in a separate Protective Order.

]APPROVED:

Counsel for Defendants Ciena Communications, Inc., Ciena Corp., Viavi Solutions, Inc., Lumentum Holdings, Inc., Lumentum, Inc., and Lumentum Operations, LLC.

Counsel for Plaintiff Fiber, LLC

 s/  George G. Matava
George G. Matava, Esq.
Donald E. Lake III, Esq.
Thomas A. Dougherty, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
303.961.7760
george.matava@lewisbrisbois.com
tripp.lake@lewisbrisbois.com
thomas.dougherty@lewisbrisbois.com

 s/  Joel D. Sayres
Joel D. Sayres
Faegre Baker Daniels LLP
1700 Lincoln St., Suite 3200
Denver, Colorado 80203
303.607.3589
Joel.Sayres@FaegreBD.com
Kenneth A. Liebman, Esq.
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
612.766.8800
ken.liebman@FaegreBD.com

**SO ORDERED**

Dated: February 1, 2016

Hon. Kristen L. Mix
United States Magistrate Judge