## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

_____

Civil Action No. 13-cv-00840-PAB-KLM

(Consolidated with Civil Action No. 15-cv-01743-PAB-KLM)

_____

FIBER, LLC, a Wyoming limited liability company,

Plaintiff,

v.

CIENA CORPORATION, a Delaware corporation, and
CIENA COMMUNICATIONS, INC., a Delaware corporation,

Defendants.

_____

FIBER, LLC, a Wyoming limited liability company,

      Plaintiff,

v.

VIAVI SOLUTIONS INC., f/k/a JDS Uniphase Corporation
LUMENTUM HOLDINGS INC.,
LUMENTUM INC., and
LUMENTUM OPERATIONS LLC,

      Defendants.

_____

**DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF FIBER
LLC'S MOTION FOR ENTRY OF PROTECTIVE ORDER (DOC. 75); OR, IN THE
ALTERNATIVE, TO STRIKE FIBER, LLC'S IMPROPER RESPONSE (DOC. 79)**

_____

      Defendants Ciena Corporation, Ciena Communications, Inc., Viavi Solutions Inc.,

Lumentum Holdings Inc., Lumentum Inc. and Lumentum Operations LLC (collectively,

"Defendants") respectfully move for leave to file a Response to Fiber's "Motion for Entry

of Confidentiality and Protective Order" (Docket No. 75), or in the alternative, to strike

Fiber's noncomplying "Response to Defendants' Motion For Protective Order" (Docket No. 79) (hereinafter, "Fiber's Response").  Defendants further request a hearing on the parties' respective motions for entry of Protective Order (Docket Nos. 75, 77). Defendants have filed the present Motion in light of Fiber's Response, which is improper and which Fiber did not receive leave to file.  Defendants request leave to file a Response so that they also have an opportunity to respond to the arguments raised by Fiber, or alternatively, if Defendants are not granted leave, they request that the Court strike Fiber's Response.

Pursuant to D.C.COLO.LCivR 7.1(a), on March 10, 2016, counsel for Defendants conferred with Fiber's counsel regarding the relief sought in this motion.  Counsel for Fiber indicated that it does not oppose Defendants' request for leave to file a response, but that it opposes the motion to strike and Defendants' request for a hearing on the protective order issues.

## A.    Fiber Response Is Improper under the Local Patent Rules

On February 26, 2016, the parties each filed briefs in support of their respective proposed protective orders (Docket Nos. 75, 77) pursuant to this Court's Scheduling Order (Docket No. 70, § 9.d.1), this Court's February 8, 2016 Minute Order (Docket No. 74), and Local Patent Rule 3(c).

On March 9, 2016, without leave of Court and without conferring with counsel for Defendants, Fiber filed a three-page "Response to Defendants' Motion For Protective Order."  (Docket No. 79.)  Fibers' Response, however, violates the Local Patent Rules. Local Patent Rule 3(c) provides that if the parties cannot agree on a proposed protective order, "[e]ach party simultaneously may submit a brief of no more than two (2) pages in support of its proposed protective order."  D.C.COLO.LPtR3(c).  Rule 3(c)

does not refer to motions, and does not allow opposition or reply briefs to be filed.[1]

Indeed, this Court has previously struck an improper response to a motion for protective

order for this reason.  *See Dot Hill Sys. Corp. v. Crossroads Sys. Inc.*, No. 1-15-cv-

01380-REB-KMT (D. Colo. Nov. 22, 2015) (Minute Order granting motion to strike

response to motion for protective order as violating D.C.COLO.LPtR3(c)); *see also*

Judge Brimmer Civ. Practice Standard § III.C.2 ("Untimely or noncomplying objections,

responses, or replies may be denied without prejudice, stricken, or ignored.").

### B.    Defendants Request Permission to Respond to Fiber's Extraneous Briefing and Misrepresentations

By filing its motion without leave of Court, Fiber has unilaterally and improperly

attempted to extend its briefing on the protective order issue well past the two-page limit

set by Local Patent Rule 3(c).  Equally troubling, Fiber's Response contains

misrepresentations and omissions as to the history of the parties' meet-and-confer on

this issue.  Defendants believe that they will be prejudiced if denied an opportunity to

address the arguments in Fiber's briefing.  This is particularly true given the extremely

sensitive nature of source code information sought by Fiber in this case, which makes

inclusion of provisions addressing discovery of this information within the protective

order critical to Defendants and their businesses.  Should the Court consider Fiber's

Response, fundamental fairness dictates that Defendants should also be permitted a

chance to submit a Response.

---

[1] Fiber erroneously refers to Defendants' February 26th filing as a "motion."  (Doc. 79 at 1.)  Rather, consistent with Local Patent Rule 3(c), Defendants filed a "Brief in Support of Proposed Protective Order" (Doc. 77).  The fact that Local Patent Rule 3(c) provides for a "brief in support" and not a motion underscores that it does not contemplate responses or replies.

Accordingly, Defendants respectfully request leave to file a response to Fiber's briefing.  Alternatively, Defendants respectfully request that Fiber's Response be stricken as violating Local Patent Rule 3(c).  Because of the critical nature of the source code issue, Defendants also respectfully request a hearing on the protective order issues raised by the parties' briefs.

Dated:  March 10, 2016

Respectfully,

s/ *Joel D. Sayres*
Joel D. Sayres
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Phone: (303) 607-3500
Email: joel.sayres@FaegreBD.com

Kenneth Liebman
Julie B. Wahlstrand
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Phone: (612)766-7000
Email: ken.liebman@FaegreBD.com
Email:  Julie.Wahlstrand@FaegreBD.com

*Attorney for Defendants Ciena Corporation, Ciena Communications, Inc., Viavi Solutions Inc., Lumentum Holdings Inc., Lumentum Inc., and Lumentum Operations LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2016, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF filing system which will send

notification of such filing to the following persons at the given email addresses:

George G. Matava
Donald E. Lake III
Thomas A. Dougherty
1700 Lincoln Street, Suite 4000
Denver, CO 80202
Phone: (303) 861-7760
Fax: (303) 861-7767
Email: george.matava@lewisbrisbois.com
tripp.lake@lewisbrisbois.com
thomas.dougherty@lewisbrisbois.com

Steven M. Shape, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 W Adams, Suite 300
Chicago, IL 60661
(312) 345-1718
Email: steven.shape@lewisbrisbois.com

s/ *Margaret M. Zylstra*
Margaret M. Zylstra