IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00840-PAB-KLM
 (Consolidated with Civil Action No. 15-cv-01743-PAB-KLM)

FIBER, LLC, a Wyoming limited liability company,

 Plaintiff,

v.

CIENA COMMUNICATIONS, INC., a Delaware corporation, and
CIENA CORPORATION, a Delaware corporation,

 Defendants.

FIBER, LLC, a Wyoming limited liability company,

 Plaintiff,

v.

VIAVI SOLUTIONS, INC., formerly known as JDS Uniphase Corporation,
LUMENTUM HOLDINGS, INC.,
LUMENTUM INC., and
LUMENTUM OPERATIONS, LLC,

 Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Motion for Leave to File a Response to Plaintiff Fiber LLC's Motion for Entry of Protective Order (Doc. 75); or, in the Alternative, to Strike Fiber LLC's Improper Response** [#81] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#81] is **GRANTED in part and DENIED in part**. The Motion [#81] is **granted** to the extent that a 30-minute Motions Hearing on Plaintiff's Motion for Entry of Confidentiality and Protective Order [#75] and on Defendants' Brief in Support of Proposed Protective Order [#77] is **set** for **1:30 p.m.** on **April 5, 2016**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th

Street, Denver, Colorado.  The Motion [#81] is **denied** in all other respects.

      IT IS FURTHER **ORDERED** that no further briefing in connection with these Motions will be accepted.

      Dated:  March 15, 2016