IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 13-cv-00840-PAB-KLM

(Consolidated with Civil Action No. 15-cv-01743-PAB-KLM)

---

FIBER, LLC, a Wyoming limited liability company

Plaintiff/Counterdefendant

v.

CIENA COMMUNICATIONS, INC., a Delaware corporation,
CIENA CORPORATION, a Delaware corporation

Defendants/Counterclaimants

---

FIBER, LLC, a Wyoming limited liability company

Plaintiff/Counterdefendant

v.

VIAVI SOLUTIONS INC., f/k/a JDS Uniphase Corporation,
LUMENTUM HOLDINGS INC.,
LUMENTUM INC., and
LUMENTUM OPERATIONS LLC, a Delaware limited liability company

Defendants/Counterclaimants

---

## ENTRY OF APPEARANCE OF DAVID RADULESCU ON BEHALF OF PROPOSED INTERVENOR DEFENDANT FINISAR CORPORATION

---

Pursuant to D.C.COLO.LCiv.R 11.1, David Radulescu of Radulescu LLP, 350 Fifth Avenue, Suite 6910, New York, NY 10118, telephone number: (646) 502-5952, facsimile: (646) 502-5959, email: radulescu@radulescullp.com, hereby enters his appearance as counsel of record for proposed Intervenor Defendant Finisar Corporation.

Dated: March 23, 2016                              Respectfully submitted,


s/ *Joel S. Neckers*                               s/ *David Radulescu*
Habib Nasrullah                                    David Radulescu
Joel Neckers                                       Radulescu LLP
Wheeler Trigg O'Donnell LLP                        350 Fifth Ave., Suite 6910
370 Seventeenth Street, Suite 4500                 New York, NY 10118
Denver, CO 80202-5647                              Telephone: 646-502-5952
Telephone: 303.244.1800                            Facsimile: 646-502-5959
Facsimile: 303.244.1879                            Email: radulescu@radulescullp.com
Email:   nasrullah@wtotrial.com
         neckers@wtotrial.com

*Attorneys for Proposed Intervenor Defendants Finisar Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

       s/ *M. Hope Watkins*