IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 13-cv-00840-PAB-KLM | FTR - Reporter Deck - Courtroom A401 |
| Date: April 5, 2016 | Courtroom Deputy: Laura Galera |

*Parties:*　　　　　　　　　　　　　　　*Counsel:*

FIBER LLC,　　　　　　　　　　　　　　George Matava
　　　　　　　　　　　　　　　　　　　　Donald Lake III
　　　Plaintiff,

 v.

CIENA COMMUNICATIONS, INC., ET AL.,　　Joel Sayres
　　　　　　　　　　　　　　　　　　　　Habib Nasrullah

　　　Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:  1:37 p.m.**

Court calls case. Appearance of counsel.

Argument from counsel regarding Motion for Entry of Confidentiality and Protective Order [#75] and Defendants' Brief in Support of Proposed Protective Order [#77].

**ORDERED:**　Motion for Entry of Confidentiality and Protective Order [#75] is TAKEN UNDER ADVISEMENT.  Counsel are ordered to file their written responses **no later than April 11, 2016 at 5:00 p.m.**

**ORDERED:**　 Defendants' Brief in Support of Proposed Protective Order [#77]  is TAKEN UNDER ADVISEMENT.  Counsel are ordered to file their written responses **no later than April 11, 2016 at 5:00 p.m.**  Plaintiff to disclose to defense counsel what it is proposing with respect to the stand alone computer in Cleveland **no later than April 8, 2016 at noon.**

HEARING CONCLUDED.
**Court in recess:    2:04 p.m.**
Time In Court:       00:27

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at  (303)988-8470.