IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00840-PAB-KLM
(Consolidated with Civil Action No. 15-cv-01743-PAB-KLM)

FIBER, LLC, a Wyoming limited liability company,

    Plaintiff/Counterdefendant,

v.

CIENA COMMUNICATIONS, INC., a Delaware corporation, and
CIENA CORPORATION, a Delaware corporation,

    Defendants/Counterclaimants,

FINISAR CORPORATION, a Delaware corporation,

    Defendant-Intervenor.

FIBER, LLC, a Wyoming limited liability company,

    Plaintiff/Counterdefendant,

v.

VIAVI SOLUTIONS, INC., formerly known as JDS Uniphase Corporation,
LUMENTUM HOLDINGS, INC.,
LUMENTUM INC., and
LUMENTUM OPERATIONS, LLC,

    Defendants/Counterclaimants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Entry of Confidentiality and Protective Order** [#75] ("Plaintiff's Motion") and on Defendants' **Brief in Support of Proposed Protective Order** [#77] ("Defendants' Motion"). For the reasons stated in Defendants' and Finisar's supplemental briefs [#94, #95],

IT IS HEREBY **ORDERED** that Plaintiff's Motion [#75] is **DENIED**.

IT IS FURTHER **ORDERED** that Defendants' Motion [#77] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#93-2] supplied by Defendants is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: April 22, 2016