# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 13-cv-00840-PAB-KLM
    (Consolidated with Civil Action Nos. 15-cv-01743-PAB-KLM and 15-cv-02135-RBJ)
_____

FIBER, LLC, a Wyoming limited liability company

                Plaintiff/Counterdefendant
   v.
CIENA COMMUNICATIONS, INC., a Delaware corporation,
CIENA CORPORATION, a Delaware corporation

                Defendants/ Counterclaimants
   and
FINISAR CORPORATION, a Delaware corporation,
                Defendant-Intervenor
_____

FIBER, LLC, a Wyoming limited liability company

                Plaintiff/Counterdefendant
   v.
VIAVI SOLUTIONS INC., f/k/a JDS Uniphase Corporation,
LUMENTUM HOLDINGS INC.,
LUMENTUM INC., AND
LUMENTUM OPERATIONS LLC, a Delaware limited liability company

                Defendants/Counterclaimants
_____

FIBER, LLC, A WYOMING LIMITED LIABILITY COMPANY

                Plaintiff/Counterclaim Defendant

   v.
ALCATEL-LUCENT USA INC., A DELAWARE CORPORATION

                Defendant/Counterclaimant
   and
FINISAR CORPORATION, A DELAWARE CORPORATION,
                Defendant-Intervenor

**JOINT STATUS REPORT**

Pursuant to Paragraph 4 of the Addendum to the Scheduling Order in a Patent Case (Dkt. No. 133), the Parties submit this Joint Status Report explaining their efforts to settle the case:

1. Plaintiff Fiber, LLC ("Fiber") and Defendant Alcatel-Lucent USA, Inc. ("ALU") met on November 6, 2015 to discuss possible ways to resolve this dispute. At the request of ALU, Fiber communicated a settlement offer to ALU in a letter dated November 30, 2015. ALU viewed Fiber's demand as largely disproportional to the matters at issue and did not believe providing a counter-offer at that time would be productive.

2. Fiber and Defendants Viavi Solutions Inc., f/k/a JDS Uniphase Corporation, Lumentum Holdings Inc., Lumentum Inc., and Lumentum Operations, LLC, ("Viavi/Lumentum") had preliminary oral and written settlement discussions in August and September of 2015. Fiber communicated a settlement offer to Viavi/Lumentum in an email dated September 3, 2015. Viavi/Lumentum communicated certain parameters for a settlement based on litigation cost avoidance, but made no specific counter-offer.

3. Fiber had initial settlement discussions with Ciena Communications, Inc. and Ciena Corporation ("Ciena") and JDSU, including proposals from both sides, prior to the re-opening of the litigation in 2015. Fiber has not had settlement discussions with Ciena since the lawsuit was reopened because Ciena is represented by Viavi/Lumentum's counsel who has not provided any counter offers to Fiber's initial offer to Viavi/Lumentum.

4. Fiber and Intervenor-Defendant Finisar Corporation ("Finisar") have engaged in private settlement discussions, however such discussions to date have been unsuccessful.

5. The Parties continue to engage in settlement discussions, and expect that the Court's Claim Construction Order will clarify the parties' settlement positions.


Dated: January 31, 2017

| *Counsel for Plaintiff Fiber, LLC* | *Counsel for Defendant Alcatel-Lucent USA Inc.* |
|---|---|
| */s/ /Thomas A. Dougherty/* | */s/ /Allison H. Alterson/* |
| George G. Matava, Esq.<br>george.matava@lewisbrisbois.com<br>Donald E. Lake III, Esq.<br>tripp.lake@lewisbrisbois.com<br>Thomas A. Dougherty, Esq.<br>thomas.dougherty@lewisbrisbois.com<br>Lewis Brisbois Bisgaard & Smith LLP<br>1700 Lincoln Street, Suite 4000<br>Denver, Colorado 80203<br>303.961.7760<br>Steven M. Shape, Esq.<br>Steven.shape@lewisbrisbois.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>550 W Adams, Suite 300<br>Chicago, IL 60661<br>(312) 345-1718 | Robert R. Brunelli<br>Hiwot Molla Covell<br>SHERIDAN ROSS, P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202-5141<br>(303) 863-2998<br>rbrunelli@sheridanross.com<br>hcovell@sheridanross.com<br><br>Robert F. Perry<br>Allison H. Altersohn<br>KING & SPALDING LLP<br>1185 Avenues of Americas<br>New York, NY 10036<br>(212) 556-2100<br>rperry@kslaw.com<br>aaltersohn@kslaw.com<br>ALU-Fiber-OutsideCounsel@KSLAW.com<br><br>*Counsel for Defendants Ciena Communications, Inc., Ciena Corp., Viavi Solutions Inc., Lumentum Holdings Inc., Lumentum Inc., and Lumentum Operations LLC*<br><br>*/s/ /Joel D. Sayres/*<br>Joel D. Sayres<br>Faegre Baker Daniels LLP<br>1700 Lincoln St., Suite 3200<br>Denver, Colorado 80203<br>303.607.3589<br>Joel.sayres@FaegreBD.com<br><br>Kenneth A. Liebman, Esq.<br>Julie B. Wahlstrand. Esq.<br>Faegre Baker Daniels LLP<br>2200Wells Fargo Center |

90 South Seventh Street
Minneapolis, Minnesota 55402
612.766.8800
ken.liebman@FaegreBD.com
julie.wahlstrand@FaegreBD.com

David J.F. Gross
Faegre Baker Daniels LLP
1950 University Avenue
Suite 450
East Palo Alto, CA 94303
650.324.6700
david.gross@faegrebd.com

0

*Counsel for Intervenor Defendant Finisar Corporation*

*/s/ /Tigran Vardanian/*
David C. Radulescu, Ph.D.
Tigran Vardanian
Robin M. Davis
Daniel Francis Kesack, Jr.
Joseph M. Mercadante
Michael David Sadowitz
RADULESCU LLP
350 Fifth Avenue, Suite 6910
New York, NY 10118
(646) 502-5951
david@radulescullp.com
tigran@radulescullp.com
robin@radulescullp.com
daniel@radulescullp.com
joseph@radulescullp.com
mike@radulecullp.com
Finisar.Service.Fiber@radulescullp.com

Habib Nasrullah
Joel S. Neckers
WHEELER TRIGG O'DONNELL, LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
(303) 244-1800
nasrullah@wtotrial.com
neckers@wtotrial.com